District Court of The United States
(an article III Constitutional Court)
For the South District of Ohio



Oscar L. Washington Jr.                    :

      Petitioner/Plaintiff,          :          CASE NO.: __17:18 C V 5 8 9__

    by Limited Appearance on behalf    :
    of himself, and other persons      :          Supreme Court of Ohio No: **18-1010**
    similarly situated                  :
                            :          Ohio First District Court
        -against-               :          Court of Appeals No: **C 1800391**
                             :
JIM NEIL, SHERIFF,                          :          Hamilton County Court Of
Hamilton County Justice Center             :          Common Pleas Case No's. **B183596**
of the State of Ohio                        :                                 **M180761**
1000 Sycamore St (at E Central Pkwy)        :
Cincinnati, OH 45202                        :

      Respondent/Defendant,          :

DORIAN LACOURSE                             :
Chief of Police                             :
235 Main St,                                :_____
Addyston, OH 45001                          :

      Respondent/Defendant,          :

DONALD MCWHORTER,                           :
Sgt.                                        :
235 Main St,                                :_____
Addyston, OH 45001                          :

      Respondent/Defendant           :

DAN PILLOW,                                 :
Mayor,                                      :
235 Main St,                                :_____
Addyston, OH 45001                          :

      Respondent/Defendant,          :

NOTICE TO AGENT IS NOTICE TO PRINCIPAL; NOTICE TO PRINCIPAL IS NOTICE TO AGENT

Petition for Writ of Habeas Corpus

ROBERT G. KELLY,                                    :
Solicitor,                                          :
235 Main St,                                        :_____
Addyston, OH 45001                                  :
                                                    :
              Respondent/Defendant,                 :
                                                    :
WALTER C. WURSTER,                                  :
Magistrate,                                         :
235 Main St,                                        :_____
Addyston, OH 45001                                  :
                                                    :
              Respondent/Defendant,                 :
                                                    :
JENNIFER BISHOP,                                    :
City Prosecuting Attorney                           :
801 Plum Street Room 226, City Hall                 :
Cincinnati, Ohio 45202                              :
                                                    :
              Respondent/Defendant,                 :
                                                    :
AFTAB PUREVAL,                                      :
Clerk of Court                                      :
1000 Main St,                                       :
Cincinnati, OH 45202                                :
                                                    :
              Respondent/Defendant.                 :
                                                    :
CURT KISSINGER,                                     :
Municipal Court Judge,                              :
1000 Main Street.                                   :
Cincinnati, Ohio 45202                              :
                                                    :
              Respondent/Defendant,                 :
                                                    :
JOSEPH T. DETERS,                                   :
County Prosecuting Attorney,                        :
230 E. Ninth Street                                 :
Cincinnati, OH 45202                                :
                                                    :
              Respondent/Defendant,                 :
                                                    :

MIKE DEWINE                                      :
Attorney General                                :
30 E. Broad St., 16th Floor,                     :
Columbus, OH 43215                              :
                                                 :
        Respondent/Defendant,    :
                                                 :
MICHAEL BACKHMAN,                               :
Hamilton County Magistrate,                      :
100 South Central, 2nd Floor, Room 585           :
Cincinnati, Ohio 45202                           :
                                                 :
        Respondent/Defendant,    :
                                                 :
ALEXANDRIA THURNER,                             :
Felony Trial Counsel,                            :
230 E. 9th Street 2nd Floor                      :
Cincinnati, OH 45202                            :
                                                 :
        Respondent/Defendant,    :
                                                 :
ROBERT P RUEHLMAN,                              :
Common Pleas Judge,                              :
1000 Main Street Room 300                        :
Cincinnati, Ohio 45202                          :
                                                 :
        Respondent/Defendant.    :
                                                 :
RUSSELL J. MOCK,                                :
First District Court of Appeals Judge,           :
230 East Ninth Street, 12th Floor                :
Cincinnati, Ohio 45202-2138                     :
                                                 :
        Respondent/Defendant.    :
                                                 :
MAUREEN O'CONNOR'S,                             :
Supreme Court of Ohio Judge,                     :
230 East Ninth Street, 12th Floor                :
Cincinnati, Ohio 45202-2138                     :
                                                 :
        Respondent/Defendant.    :

_____ /

**EMERGENCY PETITION FOR WRIT OF HABEAS CORPUS, COMBINED 42 U.S.C. 1983 CLAIM FOR PROSPECTIVE DECLARATORY AND/OR INJUNCTIVE RELIEF PREDICATE TO DEMAND FOR DAMAGES PURSUANT TO 28 U.S.C. 2241 AND 28 U.S. Code § 2254 IMMEDIATE ACTION REQUESTED WITH ATTACHED EXHIBITS A, B, C, D**

## INTRODUCTION

**Pursuant to 7 U.S.C. § 63, it is hereby declared that the law of agent and principal shall apply and that service upon one is service upon another.**

**As a result of the unlawful infringement and deprivation of fundamental rights and the attempted enforcement of facial void ab initio for vague and overbreadth suspect classification statutes, petitioner asserts that under the notice pleadings standards he has provided sufficient information to alert the Respondents/Defendants as to what is being pursued in his 18 USC §§ 242, 42 U.S.C. 1981, 42 U.S.C 1983, 42 U.S.C 1985, 42 U.S.C 1986, 42 U.S.C. 1988, Religious Freedom Restoration Act of 1993 (RFRA) and 42 U.S.C. § 2000bb, Commerce Claus, the Federal Kidnapping Act, the Adam Walsh Child Protection and Safety Act, and Federal Statute 18 U.S. Code § 1201 claims**

In *Harris v. Nelson*, 394 U.S. 286, 290-91 (1969), the Supreme Court has "recognized the fact that`[t]he writ of habeas corpus is the fundamental instrument for safeguarding individual freedom against arbitrary and lawless state action.' *Harris v. Nelson*, 394 U.S. 286, 290-91 (1969).

1.      Rerum natura, and sui generis Doran Achashverosh Yashar'al is a biblical Israelite of the Holy Bible, and seeks to engage in conduct that constitutes an exercise of religion pursuant to the Religious Freedom Restoration Act of (RFRA), and 42 U.S.C. § 2000bb. The Government has placed and/or is placing a substantial burden on petitioner's exercise of religion, symbolic expression, freedom of conscience and has no compelling interest, standing or jurisdiction in imposing its burden with State deceptive corporate rules, regulations and statute victimless matter under color of law in the name of the State. Pursuant to 28 U.S.C. 2241 and 28 U.S. Code § 2254, as applied to suspect class, dual American and biblical Israelite natura, and sui generis Oscar L. Washington Jr, Petitioner in Propria Persona, proceeding Sui Juris, (but not a citizen or so called sovereign citizen") under 8 U.S.C. §1101(a)(21) or 8 U.S.C. §1101(a)(22)(B) and that he is NOT a "U.S.** citizen" under 8 U.S.C. §1401, (not so called

Black or so called African American nationality") but born in North America Republic, domicile in the Kingdom of Heaven on earth, from the tribe Judah ("Yahadah") of the twelve tribes of Israel ("Yashar'al") of the Holy Bible, a non-Federal or Statutorily defined "person, by limited appearance, unable to bring the petition himself, through his suspect class, biological, natural father, "next friend" in-fact, Chief dual American and Biblical Israelite national republic, Diplomat clergy natura, and sui generis Achashverosh Adnah Ammiyhuwd **("hereinafter referred to as Diplomatic Biblical Israelite clergy natura, and sui generis Ammiyhuwd"),** (but not a citizen or so called sovereign citizen") under 8 U.S.C. §1101(a)(21) or 8 U.S.C. §1101(a)(22)(B) and that he is NOT a "U.S.** citizen" under 8 U.S.C. §1401, (not a so called Black or so called African American nationality") but born in North America Republic, domicile in the Kingdom of Heaven on earth, from the tribe Judah ("Yahadah") of the twelve tribes of Israel ("Yashar'al") of the Holy Bible, a non-Federal or Statutorily defined "person as Oscar Lee Washington that corrected his name after Ahayah angel came to him in 2012 and gave him the Hebrew Name

---

[1]The common law allows name correction without judicial approval and without a public record of the change. Absent a criminal or fraudulent purpose, an adult can "legally and properly change his or her name at will and without need of judicial approval simply by using the desired name in ordinary life." *D.R.S. v. R.S.H.*, 412 N.E.2d 1257, 1262 (Ind. Ct. App. 1980), *Secretary of the Commonwealth v. City Clerk*, 373 Mass. 178, ___, 366 N.E.2d 717, 721 (1977); *Stuart v. Board of Supervisors of Elections*, 266 Md. 440, 446-47, 295 A.2d 223, 226-27 (1972); *Piotrowski v. Piotrowski*, 71 Mich.App. 213, 215-16, 247 N.W.2d 354, 355 (1976); *Moskowitz v. Moskowitz*, N.H. 385 A.2d 120, 122 (1978); *Dunn v. Palermo*, 522 S.W.2d 679, 682-83 *79 (Tenn.1975); *Kruzel v. Podell*, 67 Wis.2d 138, 151, 226 N.W.2d 458, 463-64 (1975).

[2]Just because Oscar Lee Washington have corrected his name to his Spiritual, Lawful, Biblical and Sovereign Hebrew name, Achashverosh Adnah Ammiyhuwd, does not mean he have abandon or give imply intent to set aside his birth name Oscar Lee Washington, the identity associated with that name or give consent to be sued or arrested under the name Oscar Lee Washington or Achashverosh Adnah Ammiyhuwd with the authority of State Law, under color of law, in a victimless matter. See *Abdul-Jabbar v. General Motors Corporation*, 85 F.3rd 407 (9th Cir. 1996).

"Achashverosh Adnah Ammiyhuwd", by limited appearance respectfully applies to honorable District Court of The United States (an article III Constitutional Court) For the South District of Ohio for Writ of Habeas Corpus, Combined 42 U.S.C 1983 counterclaim for Prospective

Declaratory or Injunctive Relief predicate to Demand for Damages of Injuries petition and for immediate release from jail without delay, with reason why his Ahayah given, biological and biblical Israelite son, rerum natura, and sui generis Oscar L. Washington Jr, the real live, flesh and blood party in interest, that's Unlawfully, Illegally and Unconstitutionally restrained of his liberty, and religious liberty that has no knowledge of law, cannot appear and file the petition on his own behalf. Whitmore v. Arkansas (1990), 495 U.S. 149, 163-165, 110 S.Ct. 1717, 109 L.Ed.2d 135. Secondly, Chief biblical Israelite republic Diplomat clergy rerum natura, sui generis, Sui Juris Achashverosh Adnah Ammiyhuwd as his son, rerum natura, and sui generis Oscar L. Washington Jr, next friend, biological, and biblical Israelite and natural father is truly dedicated to the best interests of his biological rerum natura, and sui generis biblical Israelite son whose behalf Chief biblical Israelite republic Diplomat clergy rerum natura, sui generis, Sui Juris Achashverosh Adnah Ammiyhuwd seek to litigate. Coalition of Clergy v. Bush, 189 F. Supp. 2d 1036, 1044 n.7 (C.D. Cal. 2002). Cause # C 1800391. Biblical Israelite natura, and sui generis Oscar L. Washington Jr, Petitioner is presently intentionally, willfully, maliciously, gross negligently, erroneously unlawfully, unconstitutionally, illegally with bad faith harassment, clothed with the authority of state law, acting under color of State law, ultra-vires beyond legal jurisdiction, imprisoned or restrained of his liberty and religious liberty in the HAMILTON COUNTY JUSTICE DETENTION CENTER by Respondent-Defendant Sheriff Jim Neil, that by phone, electronic mail, and/or postal mail commerce, conspired with Village of Addyston Respondent(s)-Defendant(s) Chief of Police, Dorian LaCourse, Sgt. Donald McWhorter, Mayor Dan Pillow; Solicitor Robert G. Kelly; Magistrate Walter C. Wurster; that on May 30, 2018, placed facial, void ab initio for vagueness, overbreadth, and suspect classification, subject to interpretation, color of law Ordinance 137.02, Carrying Concealed Weapon, M1, Ordinance

138.03(A)(C)(3)(a), Drug Possession (Marihuana) MM, and Ordinance 138.13(A)(3) Drug Paraphernalia Possession (Marihuana) MM, charges against biblical Israelite natura, and sui generis Oscar L. Washington Jr, in violation of the Federal Kidnapping Act, the Adam Walsh Child Protection and Safety Act, Federal Statute 18 U.S. Code § 1201, subject to strict scrutiny as applied to biblical Israelite natura, and sui generis Oscar L. Washington Jr, Petitioner religious conduct. Cause # 18CRB018, 18CRD018A and 18CRB018C.

2.     On July 20, 2018, Respondent(s)-Defendant(s) Chief of Police, Dorian LaCourse, Sgt. Donald McWhorter, Mayor Dan Pillow; Solicitor Robert G. Kelly; Magistrate Walter C. Wurster out of retaliation intentionally, willfully, maliciously, gross negligently, erroneously unlawfully, unconstitutionally, illegally with bad faith harassment, clothed with the authority of state law, acting under color of State law, ultra-vires beyond legal jurisdiction, assaulted, battered, with excessive force, arrested, and kidnapped biblical Israelite natura, and sui generis Oscar L. Washington Jr without consent , and transported biblical Israelite natura, and sui generis Oscar L. Washington Jr in commerce, by car to the Hamilton County Justice Centers in violation of the Federal Kidnapping Act, the Adam Walsh Child Protection and Safety Act, Federal Statute 18 U.S. Code § 1201, Religious Freedom Restoration Act of 1993 (RFRA) and 42 U.S.C. § 2000bb. Respondent(s)-Defendant(s) Chief of Police, Dorian LaCourse, Sgt. Donald McWhorter, Mayor Dan Pillow; Solicitor Robert G. Kelly; Magistrate Walter C. Wurster out of retaliation, in a conspiracy with City of Cincinnati Prosecuting attorney Jennifer Bishop, Clerk of Court Aftab Pureval, and Municipal Court Judge Curt Kissinger, that on July 20, 2018, demanded a civil revenue and criminal extortion of 1000 10% in their color of law victimless matter for biblical Israelite natura, and sui generis Oscar L. Washington Jr temporary freedom to intentionally,      willfully,      maliciously,      gross      negligently,      erroneously      unlawfully,

unconstitutionally, illegally with bad faith harassment, clothed with the authority of state law, acting under color of State law, ultra-vires beyond legal jurisdiction prosecute biblical Israelite natura, and sui generis Oscar L. Washington Jr under upgraded and added facial, void ab initio for vagueness, overbreadth, suspect classification subject to interpretation charge statute RC §§ 2923-12A, carrying concealed weapons and statute RC 2925-11 possession of controlled substances subject to strict scrutiny as applied to biblical Israelite natura, and sui generis Oscar L. Washington Jr, Petitioner. Respondent(s)-Defendant(s), transferred the matter by phone, electronic mail, and/or postal mail commerce to the Municipal Court of Hamilton County in violation of the Federal Kidnapping Act, the Adam Walsh Child Protection and Safety Act, Federal Statute 18 U.S. Code § 1201, Religious Freedom Restoration Act of 1993 (RFRA) and 42 U.S.C. § 2000bb. Cause No's C18CRA15882, and C18CRB15883.

## Custody

3.    Respondent(s)-Defendant(s) Chief of Police, Dorian LaCourse, Sgt. Donald McWhorter, Mayor Dan Pillow; Solicitor Robert G. Kelly; Magistrate Walter C. Wurster, City of Cincinnati Prosecuting attorney Jennifer Bishop, Clerk of Court Aftab Pureval, and Municipal Court Judge Curt Kissinger, out of retaliation in conspiracy with Hamilton County Prosecuting attorney Joseph Deters, Hamilton County Magistrate, Michael Backhman, Felony Trial Counsel Alexandria Thurner (On July 6, 2018, Magistrate, Michael Backhman issued a void ab initio contempt of court order, arrested and kidnapped Petitioner without consent, demanding excessive ransom in the amount of $50,000.00, cash no 10%, committing unusual punishment, in disguise as a bond, an instrument of oppression with a specific governmental religious ministry of slavery intent to infringe upon, deprive, restrict, suppress or oppress petitioner's religious beliefs, and freedom of movement in violation of the Eighth and Thirteenth Amendments to the

United States Constitution), in conspiracy with Common Pleas Judge Robert P. Ruehlman, clothed with the authority of state law, acting under color of State law, ultra-vires beyond legal jurisdiction, intentionally, willfully, maliciously, gross negligently, erroneously unlawfully, unconstitutionally, and illegally arrested to (Revoke the $50,000.00 civil ransom cash, no %10 bond), kidnap and hold biblical Israelite natura, and sui generis Oscar L. Washington Jr without consent, imprisoning or restraining Petitioner of his liberty and religious liberty in the HAMILTON COUNTY JUSTICE DETENTION CENTER in conspiracy with Respondent-Defendant Sheriff Jim Neil, and the other Respondent(s)-Defendant(s), First District Ohio Court of appeals judge Russell J. Mock and Supreme Court of Ohio Judge Maureen O'Connor at 1000 Sycamore St, (at E Central Pkwy) Cincinnati, OH 45202, with bad faith harassment, facial, void ab initio for vagueness, overbreadth, suspect classification, subject to interpretation of transferred charge RC 2923-12A2, carrying concealed weapons, upgraded and added charges RC 2923-13A2, having weapons while under disability and RC 2923-16B, improperly handling firearms in a motor vehicle, transferring their victimless matter under color of law, by phone, electronic mail, and/or postal mail commerce to the Common Pleas Court, subject to strict scrutiny as applied to biblical Israelite natura, and sui generis Oscar L. Washington Jr, Petitioner, in violation of the Federal Kidnapping Act, the Adam Walsh Child Protection and Safety Act, Federal Statute 18 U.S. Code § 1201, Religious Freedom Restoration Act of 1993 (RFRA) and 42 U.S.C. § 2000bb. Cause # **M180761 and** Cause # **B183596.**

4.      Respondent(s)-Defendant(s) Chief of Police, Dorian LaCourse, Sgt. Donald McWhorter, Mayor Dan Pillow; Solicitor Robert G. Kelly; Magistrate Walter C. Wurster, City of Cincinnati Prosecuting attorney Jennifer Bishop, Clerk of Court Aftab Pureval, and Municipal Court Judge Curt Kissinger, Sheriff Jim Neil, with Hamilton County Prosecuting attorney Joseph

Deters, Hamilton County Magistrate, Michael Backhman, Felony Trial Counsel Alexandria Thurner, and Common Pleas Judge Robert P. Ruehlman out of retaliation, conspired with Ohio First District Court of appeals judge Russell J. Mock, to intentionally, willfully, maliciously, gross negligently, erroneously unlawfully, unconstitutionally, and illegally strick and dismiss without prejudice biblical Israelite natura, and sui generis Oscar L. Washington Jr, Petitioner, writ of habeas corpus, Combined 42 U.S.C 1983 claim for Prospective Declaratory or Injunctive Relief predicate to Demand for Damages of Injuries petition on July 11, 2018, alleging First, Fourth, Fifth, Sixth, Eight, Ninth, Tenth and Fourteenth Amendments, Kidnapping without consent, Religion and fundamental violations, that his common law next friend, and biological and natural father Chief biblical Israelite republic Diplomat clergy rerum natura, sui generis, Sui Juris Achashverosh Adnah Ammiyhuwd, by the power of the Most High G_d Ahayah, Ba Ha Sham Jesus (Yashaya) Ha Messiah and Ruwach Ha Holy Spirit, Common law, United States Constitutional law, Ohio Constitutional law and the Uniform Commercial Code law brought, signed and filed on his behalf on July 10, 2018. Cause # **C 1800391.**

5.      Petitioner considers the July 11, 2018 void ab initio order striking his lawfully filed writ of habeas corpus, Combined 42 U.S.C 1983 claim for Prospective Declaratory or Injunctive Relief predicate to Demand for Damages of Injuries petition brought on his behalf through his next friend as a denial and final order pursuant to the Most High G_d Ahayah's law, Common law, United States Constitutional law, Ohio Constitutional law and the Uniform Commercial Code law contrary to their color of State Statutory law.

6.      Respondent(s)-Defendant(s) Chief of Police, Dorian LaCourse, Sgt. Donald McWhorter, Mayor Dan Pillow; Solicitor Robert G. Kelly; Magistrate Walter C. Wurster, City of Cincinnati Prosecuting attorney Jennifer Bishop, Clerk of Court Aftab Pureval, Municipal Court

Judge Curt Kissinger, Sheriff Jim Neil, with Hamilton County Prosecuting attorney Joseph Deters, Hamilton County Magistrate, Michael Backhman, Felony Trial Counsel Alexandria Thurner, Common Pleas Judge Robert P. Ruehlman, and First District Court of appeals judge Russell J. Mock, clothed with the authority of State, acting under color of State law, ultra vira, beyond jurisdiction in their victimless matter out of retaliation, conspired with Supreme Court of Ohio Judge Maureen O'Connors, to intentionally, willfully, maliciously, gross negligently, erroneously unlawfully, unconstitutionally, and illegally strike biblical Israelite natura, and sui generis Oscar L. Washington Jr, petitioner's next friend, and biological father, Chief biblical Israelite republic Diplomat clergy rerum natura, sui generis, Sui Juris Achashverosh Adnah Ammiyhuwd, name from the filed notice of appeal and dismissed the notice of appeal on August 2, 2018, signed and filed on July 23, 2018, with the Supreme Court Of Ohio from the Ohio First District Court of appeals, judge Russell J. Mock void ab initio order striking biblical Israelite natura, and sui generis Oscar L. Washington Jr, petitioner's writ of habeas corpus, Combined 42 U.S.C 1983 claim for Prospective Declaratory or Injunctive Relief predicate to Demand for Damages of Injuries petition, by the power of the Most High G_d Ahayah, Ba Ha Sham Jesus (Yashaya) Ha Messiah and Ruwach Ha Holy Spirit, Common law, Constitutional law and Uniform Commercial Code law, brought, signed and filed on his behalf. Cause # **18-1010**.

7.      Petitioner considers the August 2, 2018, void ab initio order striking his next friend, and biological father Chief biblical Israelite republic Diplomat clergy rerum natura, sui generis, Sui Juris Achashverosh Adnah Ammiyhuwd, name from the notice of appeal as a dismissal of his appeal, and a final order and an exhaustion of all his state remedies.

8.      Biblical Israelite natura, and sui generis Oscar L. Washington Jr should have never been kidnapped without consent, and conspired against for civil ransom, with a

Constitutional Fundamental right to lawfully travel/move, right to symbolic and religious expression of association to his biblical Israelite nationality, freedom of conscience and for counterclaiming with lawsuit to obtain compensation for damages, injury and a declaration that the law means what it says (Count I), to prohibit Respondent(s)-Defendant(s) Chief of Police, Dorian LaCourse, Sgt. Donald McWhorter, Mayor Dan Pillow; Solicitor Robert G. Kelly; Magistrate Walter C. Wurster, City of Cincinnati Prosecuting attorney Jennifer Bishop, Clerk of Court Aftab Pureval, and Municipal Court Judge Curt Kissinger, Sheriff Jim Neil, Hamilton County Prosecuting attorney Joseph Deters, Ohio Attorney General Mike DeWine, Hamilton County Magistrate, Michael Backhman, Felony Trial Counsel Alexandria Thurner, and Common Pleas Judge Robert P. Ruehlman policy, practice or customs of continuing to kidnap without consent for civil, and criminal ransom, convict, prosecute, imprison, retain, restrain or oppress noncorporate biblical Israelite natura, and sui generis Oscar L. Washington Jr and other similarly situated persons of his/her liberty and religious liberty to dissociate with their victimless court matters, under color State corporate rules, statutes, and regulation laws, to seek redress for the (Count II), Respondent(s)-Defendant(s) unpromulgated policy, practice or customs of prosecuting, and convicting under color of law, their victimless contracts of adhesion matters (Count III), and permitting to vindicate the equal protection rights of biblical Israelite natura, and sui generis Oscar L. Washington Jr (Count IV). See Bachler Degree attach Exhibits B, C, and D.

### Jurisdiction

9.      This action arises under the Religious Freedom Restoration Act 1993 (RFRA) and 42 U.S.C. § 2000bb, the Federal Kidnapping Act (FKA), the Adam Walsh Child Protection and Safety Act (AWCPSA), Federal Statute 18 U.S. Code § 1201, the Nationality Act (INA), and the Constitution of the United States, Federal Statutes, Title(s) 8 U.S.C. §§ 1101 et seq., 8 U.S.C.

1401 (c) (d); 18 U.S.C. 112 (a) (b) (1) (2) (3), (c) (d) (e); 26 U.S.C. 892 (a) (1) (A) (i) (ii) (B); 26 U.S.C. 7701(b) (1) (B); 28 U.S.C 1746(1) and Organization of American States (OAS);

10.     This Court has jurisdiction pursuant to include, but not limited to, Common Law; 27 CFR §§ 72.11, under Art. I, §§ 9, cl. 2, section 10, Article III of the United States Constitution (Suspension Clause) 1789; Commerce Clause; 28 U.S.C. § 2241; 28 U.S.C. § 2254; the Foreign Sovereign Immunities Act (FSIA) of 1976, codified at Title 28 U.S.C. §§ 1330, 1331, Diversity Article III, section 2, 1391(f), and 1602–1611;

11.     This Court has original jurisdiction over this petition for a Writ Of Habeas Corpus, Combined 42 U.S.C 1983 claim for Prospective Declaratory or Injunctive Relief predicate to Demand for Damages of Injuries pursuant to Common Law, Federal Statute 18 U.S.C §§ 241, 18 U.S.C §§ 242, 42 U.S.C 1985, 42 U.S.C 1986, 42 U.S.C. 1981, 42 U.S.C. 1983, 42 U.S.C. 1988;

12.     This Court may grant relief pursuant to 28 U.S.C. § 2241, 5 U.S.C. § 702, the All Writs Act, 28 U.S.C. § 1651 and 28 U.S.C. § 2254, in which the full state appeal process has been ineffective.

13.     This district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within [the court's] original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a).

### Venue

14.     Pursuant to *Braden v. 30th Judicial Circuit Court of Kentucky*, 410 U. S. 484, 493-500 (1973), venue lies in the United States [article III Constitutional Court] for the Southern District of Ohio, the judicial district where void ab initio, fraudulent and unconstitutional

contract retainer(s) are against biblical Israelite rerum natura and sui generis Oscar L. Washington Jr or where biblical Israelite rerum natura and sui generis Oscar L. Washington Jr is in unconstitutional custody in which an incantational civil ransom must be paid for his immediate release pursuant to the Clearfield Doctrine.

## Parties

### Petitioner/Plaintiff

15.     Rerum natura, and sui generis Oscar L. Washington is a biblical Israelite, who's conduct at issue is an exercise of a sincere religion belief, reflecting an honest conviction pursuant to 42 U.S.C. § 2000bb-1(a), through limited appearance, not submitting to be sued and/or convicted in any Court's color of law, victimless matter jurisdiction without his consent and/or agreement, pursuant to but not limited to, Federal Statutes Codified @ Title(s) 8 U.S.C. §§ 1401 (c) (d); 18 U.S.C. 112 (a) (b) (1) (2) (3) (c) (d) (e); 26 U.S.C. 892 (a) (1) (A) (i) (ii) (B); 26 U.S.C. 7701(b) (1) (B); 28 U.S.C 1746(1). Hobby Lobby, 134 S. Ct. at 2779 Courts are "to determine whether the line drawn" between conduct consistent and inconsistent with her or his religious beliefs "reflects an honest conviction." *Id.* at 2779 (internal quotation marks omitted) (quoting Thomas v. Review Bd. of Indiana Emp't Sec. Div., 450 U.S. 707, 716 (1981)). See Haight v. Thompson, 763 F.3d 554, 566 (6th Cir. 2014) (courts are not "to inquire into the centrality to a faith of certain religious practices dignifying some, disapproving others").

16.     Biblical Israelite rerum natura, and sui generis Oscar L. Washington conduct at issue is based on a religious belief, not merely a personal, non-religious belief. See Holt v. Hobbs, 135 S. Ct. 853, 862 (2015); Gen. Conference Corp. of Seventh-Day Adventists v. McGill, 617 F.3d 402, 410 (6th Cir. 2010).

### 8 U.S.C. § 1101(a) (14) (21)

(14) "The term **foreign state** includes outlying possessions of a foreign state, but self-governing dominions or territories under mandate or trusteeship shall be regarded as separate foreign states."

(21) "The term **national** means a person owing permanent allegiance to a state;"

### 8 U.S.C. § 1101(a)(22)(A)

"(22) The term "**national of the United States**" means (A) a citizen of the United States."

### 8 U.S.C. §§ 1401 (c) (d)

The following shall be **nationals** and citizens of the **United States** at birth:

(c) a person born outside of the United States and its outlying possessions of parents both of whom are citizens of the United States and one of whom has had a residence in the United States or one of its outlying possessions, prior to the birth of such person;

(d) a person born outside of the United States and its outlying possessions of parents one of whom is a citizen of the United States who has been physically present in the United States or one of its outlying possessions for a continuous period of one year prior to the birth of such person, and the other of whom is a national, but not a citizen of the United States;

### 26 U.S.C. 892 (a) (1) (A) (i) (ii) (B)

(a) **Foreign governments**

(1) In general The income of foreign governments received from—
(A) investments in the United States in—
(i) stocks, bonds, or other domestic securities owned by such foreign governments, or
(ii) financial instruments held in the execution of governmental financial or monetary policy, or
(B) interest on deposits in banks in the United States of moneys belonging to such foreign governments, shall not be included in gross income and shall be exempt from taxation under this subtitle.

### 26 U.S.C. 7701(b) (1) (B)

(b) Definition of resident alien and **nonresident alien**
(1) In general For purposes of this title (other than subtitle B)
**(B) Nonresident alien An individual is a nonresident alien if such individual is neither a citizen of the United States nor a resident of the United States (within the meaning of subparagraph (A))**

**18 U.S.C. 112 (a) (b) (1) (2) (3) (c) (d) (e)**

**(a) Whoever assaults, strikes, wounds, imprisons, or offers violence to a foreign official, official guest, or internationally protected person or makes any other violent attack upon the person or liberty of such person, or, if likely to endanger his person or liberty, makes a violent attack upon his official premises, private accommodation, or means of transport or attempts to commit any of the foregoing shall be fined under this title or imprisoned not more than three years, or both. Whoever in the commission of any such act uses a deadly or dangerous weapon, or inflicts bodily injury, shall be fined under this title or imprisoned not more than ten years, or both.**
**(b) Whoever willfully—**
**(1) intimidates, coerces, threatens, or harasses a foreign official or an official guest or obstructs a foreign official in the performance of his duties;**
**(2) attempts to intimidate, coerce, threaten, or harass a foreign official or an official guest or obstruct a foreign official in the performance of his duties; or**
**(3) within the United States and within one hundred feet of any building or premises in whole or in part owned, used, or occupied for official business or for diplomatic, consular, or residential purposes by—**

**(c) For the purpose of this section "foreign government", "foreign official", "internationally protected person", "international organization", "national of the United States", and "official guest" shall have the same meanings as those provided in section 1116(b) of this title.**

**(d) Nothing contained in this section shall be construed or applied so as to abridge the exercise of rights guaranteed under the first amendment to the Constitution of the United States.**

(e) If the victim of an offense under subsection (a) is an internationally protected person outside the United States, the United States may exercise jurisdiction over the offense if (1) the victim is a representative, officer, employee, or agent of the United States, (2) an offender is a national of the United States, or (3) an offender is afterwards found in the United States.

18 U.S.C . § 1116 . . .

(b) For the purposes of this section: (4) "Internationally protected person" means — . . . (A) a Chief of State or the political equivalent, head of government, or Foreign Minister whenever such person is in a country other than his own and any member of his family accompanying him; or (B) any other representative, officer, employee, or agent of the United States Government, a foreign government, or international organization who at the time and place concerned is entitled pursuant to international law to special protection against attack upon his person,

freedom, or dignity, and any member of his family then forming part of his household.

17. Biblical Israelite rerum natura and sui generis Oscar L. Washington Jr's address is outside of the United States in care of 1913 Wyoming Ave Apt 25, Non-Domestic-without US, 28 U.S.C 1746(1), Cincinnati, Ohio, Zip Code Exempt [DMM 602 1.3e (2)], Real Land North America. ZIP Codes are applicable to Federal territories and enclaves located within the 50 States of the Union, and within the District of Columbia. -- cf. *Piqua Bank v. Knoup*, 6 Ohio 342, 404 (1856) and *U.S. v. Butler*, 297 U.S. 1, 63 (1936).

"Domestic Mail Manual" (DMM).
https://pe.usps.com/Archive/PDF/DMMArchive20070717/mailingstandards.pdf

### Respondent(s)-Defendant(s)

18. Respondent-Defendant is: Federal and State Statutory person Jim Neil ("**Neil**"), Hamilton County Sheriff, at all times relevant to this matter, located inside the Federal territories and enclaves of the United States, at 900 Sycamore St., Cincinnati, OH 45202, pursuant to ORC § 311, is a foreign person that has income effectively connected with the conduct of a U.S. trade or business that earn wages at any time during the taxable year subject to tax withholding imposed by 26 U.S.C. § 871 and 26 C.F.R. § 301.6109-1(b)(1)(2). Neil is sued here in his individual and official capacity for declaratory or injunctive relief pursuant to *Ex Parte Young*, 28 S. Ct. 441, 209 U.S. 123 (1908). See also *Monell v. Department of Social Services*, 436U.S. 658, 98 S. Ct. 2018.

19. Respondent-Defendant is: Federal and State Statutory person Dorian LaCourse ("**LaCourse**"), Village of Addyston Police Chief, at all times relevant to this matter, located inside the Federal territories and enclaves of the United States, at 235 Main Street Addyston, Oh 45001, pursuant to ORC § 1905.08, is a foreign person that has income effectively connected

with the conduct of a U.S. trade or business that earn wages at any time during the taxable year subject to tax withholding imposed by 26 U.S.C. § 871 and 26 C.F.R. § 301.6109-1(b)(1)(2). LaCourse is sued here in his individual and official capacity pursuant to *Ex Parte Young*, 28 S. Ct. 441, 209 U.S. 123 (1908). See also *Monell v. Department of Social Services*, 436U.S. 658, 98 S. Ct. 2018.

20.     Respondent-Defendant is: Federal and State Statutory person Donald McWhother ("**McWhother**"), Village of Addyston Sgt., at all times relevant to this matter, located inside the Federal territories and enclaves of the United States, at 235 Main Street Addyston, Oh 45001, pursuant to ORC § 737.18, is a foreign person that has income effectively connected with the conduct of a U.S. trade or business that earn wages at any time during the taxable year subject to tax withholding imposed by 26 U.S.C. § 871 and 26 C.F.R. § 301.6109-1(b)(1)(2). LaCourse is sued here in his individual and official capacity pursuant to *Ex Parte Young*, 28 S. Ct. 441, 209 U.S. 123 (1908). See also *Monell v. Department of Social Services*, 436U.S. 658, 98 S. Ct. 2018.

21.     Respondent-Defendant is: Federal and State Statutory person Dan Pillow ("Pillow"), Village of Addyston Mayor, at all times relevant to this matter, located inside the Federal territories and enclaves of the United States, at 235 Main Street Addyston, Oh 45001, pursuant to ORC 733.24 and ORC 1905.20, is a foreign person that has income effectively connected with the conduct of a U.S. trade or business that earn wages at any time during the taxable year subject to tax withholding imposed by 26 U.S.C. § 871 and 26 C.F.R. § 301.6109-1(b)(1)(2). Pillow is sued here in his individual and official capacity pursuant to *Ex Parte Young*, 28 S. Ct. 441, 209 U.S. 123 (1908). See also *Monell v. Department of Social Services*, 436U.S. 658, 98 S. Ct. 2018.

22.     Respondent-Defendant is: Federal and State Statutory person Robert G. Kelly ("Kelly"), Village of Addyston Solicitor, at all times relevant to this matter, located inside the Federal territories and enclaves of the United States, at 235 Main Street Addyston, Oh 45001, pursuant to ORC § 705.110, is a foreign person that has income effectively connected with the conduct of a U.S. trade or business that earn wages at any time during the taxable year subject to tax withholding imposed by 26 U.S.C. § 871 and 26 C.F.R. § 301.6109-1(b)(1)(2). Kelly is sued here in his individual and official capacity pursuant to *Ex Parte Young*, 28 S. Ct. 441, 209 U.S. 123 (1908). See also *Monell v. Department of Social Services*, 436U.S. 658, 98 S. Ct. 2018.

23.     Respondent-Defendant is: Federal and State Statutory person Walter C. Wurster ("**Wurster**"), Village of Addyston Magistrate, at all times relevant to this matter, located inside the Federal territories and enclaves of the United States, at 235 Main Street Addyston, Oh 45001, pursuant to ORC § 1905.20, is a foreign person that has income effectively connected with the conduct of a U.S. trade or business that earn wages at any time during the taxable year subject to tax withholding imposed by 26 U.S.C. § 871 and 26 C.F.R. § 301.6109-1(b)(1)(2). Wurster is sued here in his individual and official capacity pursuant to *Ex Parte Young*, 28 S. Ct. 441, 209 U.S. 123 (1908). See also *Monell v. Department of Social Services*, 436U.S. 658, 98 S. Ct. 2018.

24.     Respondent-Defendant is: Federal and State Statutory person Jennifer Bishop ("**Bishop**"), City of Cincinnati Prosecuting Attorney**,** at all times relevant to this matter, located inside the Federal territories and enclaves of the United States, at 230 E. Ninth Street, Suite 4000, Cincinnati, OH 45202, pursuant to pursuant to ORC 2938.13, is a foreign person that has income effectively connected with the conduct of a U.S. trade or business that earn wages at any time during the taxable year subject to tax withholding imposed by 26 U.S.C. § 871 and 26 C.F.R. § 301.6109-1(b)(1)(2). Bishop is sued here in her individual and official capacity for

declaratory or injunctive relief pursuant to *Ex Parte Young*, 28 S. Ct. 441, 209 U.S. 123 (1908). See also *Monell v. Department of Social Services*, 436U.S. 658, 98 S. Ct. 2018.

25. Respondent-Defendant is: Federal and State Statutory person Aftab Pureval ("**Pureval**"), Hamilton County Clerk of Court, at all times relevant to this matter, located inside the Federal territories and enclaves of the United States, at 1000 Main St, Cincinnati, OH 45202, pursuant to R.C. § 1907.20, is a foreign person that has income effectively connected with the conduct of a U.S. trade or business that earn wages at any time during the taxable year subject to tax withholding imposed by 26 U.S.C. § 871 and 26 C.F.R. § 301.6109-1(b)(1)(2). Pureval is sued here in his individual and official capacity for declaratory or injunctive relief pursuant to *Ex Parte Young*, 28 S. Ct. 441, 209 U.S. 123 (1908). See also *Monell v. Department of Social Services*, 436U.S. 658, 98 S. Ct. 2018.

26. Respondent-Defendant is: Federal and State Statutory person Curt Kissinger ("**Kissinger**"), Hamilton County Municipal Judge, at all times relevant to this matter, located inside the Federal territories and enclaves of the United States, at 1000 Main Street Room 124, Cincinnati, OH 45202, pursuant to ORC § 1901.07, is a foreign person that has income effectively connected with the conduct of a U.S. trade or business that earn wages at any time during the taxable year subject to tax withholding imposed by 26 U.S.C. § 871 and 26 C.F.R. § 301.6109-1(b)(1)(2). Kissinger is sued here in his individual and official capacity for declaratory or injunctive relief pursuant to *Ex Parte Young*, 28 S. Ct. 441, 209 U.S. 123 (1908). See also *Monell v. Department of Social Services*, 436U.S. 658, 98 S. Ct. 2018.

27. Respondent-Defendant is: Federal and State Statutory person Joseph T. Deters ("**Deters**"), Hamilton County Prosecuting Attorney, at all times relevant to this matter, located inside the Federal territories and enclaves of the United States, at 1000 Main St, Cincinnati, OH

45202, pursuant to ORC 2938.13, is a foreign person that has income effectively connected with the conduct of a U.S. trade or business that earn wages at any time during the taxable year subject to tax withholding imposed by 26 U.S.C. § 871 and 26 C.F.R. § 301.6109-1(b)(1)(2). Deters is sued here in his individual and official capacity for declaratory or injunctive relief pursuant to *Ex Parte Young*, 28 S. Ct. 441, 209 U.S. 123 (1908). See also *Monell v. Department of Social Services*, 436U.S. 658, 98 S. Ct. 2018.

28.     Respondent-Defendant is: Federal and State Statutory person Mike DeWine ("**DeWine**"), Attorney General of the State of Ohio (**Chief Law Officer**), at all times relevant to this matter, located inside the Federal territories and enclaves of the United States, at 1000 Main St, Cincinnati, OH 45202, pursuant to R.C. § 109.02, is a foreign person that has income effectively connected with the conduct of a U.S. trade or business that earn wages at any time during the taxable year subject to tax withholding imposed by 26 U.S.C. § 871 and 26 C.F.R. § 301.6109-1(b)(1)(2). DeWine is sued here in his individual and official capacity for declaratory or injunctive relief pursuant to *Ex Parte Young*, 28 S. Ct. 441, 209 U.S. 123 (1908). See also *Monell v. Department of Social Services*, 436U.S. 658, 98 S. Ct. 2018.

29.     Respondent-Defendant is: Federal and State Statutory person Michael Bachman ("**Bachman**"), *Hamilton County Common Pleas* Magistrate, at all times relevant to this matter, located inside the Federal territories and enclaves of the United States, at 1000 Main Street Room 585 Cincinnati, Ohio 45202, pursuant to R.C. § 2938.03, is a foreign person that has income effectively connected with the conduct of a U.S. trade or business that earn wages at any time during the taxable year subject to tax withholding imposed by 26 U.S.C. § 871 and 26 C.F.R. § 301.6109-1(b)(1)(2). Bachman is sued here in his individual and official capacity for

declaratory or injunctive relief pursuant to *Ex Parte Young*, 28 S. Ct. 441, 209 U.S. 123 (1908). See also *Monell v. Department of Social Services*, 436U.S. 658, 98 S. Ct. 2018.

30. Respondent-Defendant is: Federal and State Statutory person Alexandria Thurner ("**Thurner**"), *Hamilton County* Public Defender, at all times relevant to this matter, located inside the Federal territories and enclaves of the United States, at 230 E. 9th Street, 2nd Floor, Cincinnati, OH 45202, pursuant to R.C. § 120.01, is a foreign person that has income effectively connected with the conduct of a U.S. trade or business that earn wages at any time during the taxable year subject to tax withholding imposed by 26 U.S.C. § 871 and 26 C.F.R. § 301.6109-1(b)(1)(2). Thurner is sued here in his individual and official capacity for declaratory or injunctive relief pursuant to *Ex Parte Young*, 28 S. Ct. 441, 209 U.S. 123 (1908). See also *Monell v. Department of Social Services*, 436U.S. 658, 98 S. Ct. 2018.

31. Respondent-Defendant is: Federal and State Statutory person Robert P. Ruehlaman ("**Ruehlaman**"), *Hamilton County Common Pleas Judge*, at all times relevant to this matter, located inside the Federal territories and enclaves of the United States, at 1000 Main Street Room 300 Cincinnati, Ohio 45202, pursuant to R.C. § 2301, is a foreign person that has income effectively connected with the conduct of a U.S. trade or business that earn wages at any time during the taxable year subject to tax withholding imposed by 26 U.S.C. § 871 and 26 C.F.R. § 301.6109-1(b)(1)(2). Ruehlaman is sued here in his individual and official capacity for declaratory or injunctive relief pursuant to *Ex Parte Young*, 28 S. Ct. 441, 209 U.S. 123 (1908). See also *Monell v. Department of Social Services*, 436U.S. 658, 98 S. Ct. 2018.

32. Respondent-Defendant is: Federal and State Statutory person Russell J. Mock ("**Mock**"), *First District Court of Appeals Judge*, at all times relevant to this matter, located inside the Federal territories and enclaves of the United States, at 230 East Ninth Street, 12th

Floor Cincinnati, Ohio 45202-2138, pursuant to R.C. § 2501, is a foreign person that has income effectively connected with the conduct of a U.S. trade or business that earn wages at any time during the taxable year subject to tax withholding imposed by 26 U.S.C. § 871 and 26 C.F.R. § 301.6109-1(b)(1)(2). Mock is sued here in his individual and official capacity for declaratory or injunctive relief pursuant to *Ex Parte Young*, 28 S. Ct. 441, 209 U.S. 123 (1908). See also *Monell v. Department of Social Services*, 436U.S. 658, 98 S. Ct. 2018.

33.     Respondent-Defendant is: Federal and State Statutory person Judge Maureen O'Connor ("**O'Connor**"), *Supreme Court of Ohio Judge*, at all times relevant to this matter, located inside the Federal territories and enclaves of the United States, at 65 South Front Street Columbus, OH 43215-3431, pursuant to R.C. § 2503, is a foreign person that has income effectively connected with the conduct of a U.S. trade or business that earn wages at any time during the taxable year subject to tax withholding imposed by 26 U.S.C. § 871 and 26 C.F.R. § 301.6109-1(b)(1)(2). O'Connor is sued here in his individual and official capacity for declaratory or injunctive relief pursuant to *Ex Parte Young*, 28 S. Ct. 441, 209 U.S. 123 (1908). See also *Monell v. Department of Social Services*, 436U.S. 658, 98 S. Ct. 2018.

**Factual Allegations**

34.     Rerum natura, and sui generis Oscar L. Washington Jr, Petitioner is a Twenty-Two-Year-Old Dual American and biblical Israelite, of the tribe Judah of the Holy Bible, internationally protected Natural Person (IPPs), North America republic national, of suspect class, domicile in the Kingdom of Heaven on earth, here by limited appearance to address this matter, deprivation and infringement of fundamental rights and damages for injuries he continue to sustain, and to be immediately released from Respondent(s)-Defendant(s) unlawful, illegal and unconstitutional custody. His entire family, sisters, brothers, nephews, mother, grandmother,

grandfather, aunts, uncles, cousins and his dual American and Chief biblical Israelite republic Diplomatic clergy biological and natural father rerum natura, sui generis, Sui Juris Achashverosh Adnah Ammiyhuwd lives in the North America republic. Respondent(s)-Defendant(s), clothed with the authority of State law, acting under color of State law, intentionally, willfully, maliciously, gross negligently, has biblical Israelite, rerum natura, and sui generis Oscar L. Washington Jr, unlawfully, illegally, and unconstitutionally arrested, and kidnapped without consent, under their facial, void ab initio for vagueness and overbreadth, suspect classification victimless matter, effectively forcing biblical Israelite, rerum natura, and sui generis Oscar L. Washington Jr to choose between engaging in their deceptive Corporate Rules, Regulatory, and Statutory Assumptions, and Presumptions victimless matter conduct that violates sincerely held religious beliefs and facing a serious consequence of continued restraint of liberty and religious liberty creating a substantial burden subject to strict scrutiny as applied to Rerum natura, and sui generis Oscar L. Washington Jr, Petitioner, in violation of the Eight Amendment to the United States Constitution, committing cruel and unusual punishment, used as instrument of oppression with a specific governmental religious ministry of slavery intent to infringe upon, restrict, or suppress religious beliefs in violation of the Religious Freedom Restoration Act of 1993 (RFRA) and 42 U.S.C. § 2000bb, the Federal Kidnapping Act, the Adam Walsh Child Protection and Safety Act, Federal Statute 18 U.S. Code § 1201 and the Thirteenth Amendment to the United States Constitution,...Hobby Lobby, 134 S. Ct. at 2275–76.

35.     Biblical Israelite rerum natura, and sui generis Oscar L. Washington Jr, Petitioner is being deprived of his fundamental right to assert, and express symbolic right to association, conscious with his biblical Israelite nationality, and to association with his common law next friend, biological and natural father, right to associate with the United States of America

republic, right to dissociate with United States Democratic Government, color of law deceptive State rules, regulations, and statutes in violation of the First and Fourteenth Amendments to the United States Constitution... The Writ of Habeas Corpus, combined 42 U.S.C. 1983 compulsory dispositive counterclaim right to setoff/discharge petition with Affidavit, Exhibit A, as attachment were never heard by the First District Court of Appeal Judge Mock, the Supreme Court of Ohio Judge O'Connor as if both are G_d Ahayah themselves with their own legal religious ministry that apply that only apply to Respondent(s)-Defendant(s), subject to strict scrutiny, intentionally, with bad faith, malicious prosecution, willfully, gross negligently, unlawful, illegal and unconstitutional struck the Writ of Habeas Corpus, combined 42 U.S.C. 1983 compulsory dispositive counterclaim right to setoff/discharge petition, and notice of appeal. Petitioner's Criminal Rule 12(C)(1) Defenses and objections based on defects in the institution of the prosecution, with compulsory counterclaim, to the Hamilton County Municipal and Common Pleas Court Criminal/Civil Division, was never heard by Municipal Judge Curt Kissinger or Common Pleas Judge Robert P. Ruehlaman, with demand to quash the matter for (1) lack of corpus delecti; (2) lack of Article III standing, (3) lack of common law Standing, (4) lack of Real Party In Interest Ohio Civil Rule 17(A), (5) also pursuant to Civ.R. 12 (B) lack of jurisdiction over the subject matter, (6) lack of jurisdiction over the person, (7) improper venue, (8) insufficiency of process, (9) insufficiency of service of process, (10) lack of ratification of commencement; (11) lack of a contract And (12) lack of Consent to be sued, (13) failure to join the real party in interest. See Attached void ab initio July 6, 2018, July 11, 2018, July 24, 2018, and August 2, 2018, orders. All State Remedies are exhausted.

### GROUND ONE

**The traffic stop and arrest of biblical Israelite Oscar L. Washington Jr, Petitioner asserting express symbolic and deeply held right to association**

with religious beliefs, Israelite nationality, right refusal to recognize dissociation from municipal corporate, ordinance, rules regulations and statutes under color of law is deprivation, kidnapping without consent and infringement on fundamental rights unlawful, illegal and unconstitutional on its face, as applied to biblical Israelite Oscar L. Washington Jr, while unalienably and lawfully traveling/moving, in a NOT-FOR-PROFIT, NOT-FOR-HIRE, and NON-COMMERCIAL automobile as a non-far paying GUEST, with his private property that cannot be licensed, in violation of Commerce Clause, the First, Fourth and Fifth Amendments subject to strict scrutiny.

36. On May 5, 2018, while lawfully traveling/moving in his friend's PRIVATE; NON-COMMERCIAL; NOT-FOR-HIRE, automobile household effect, in the Village of Addyston, Chief of Police LaCourse, and Sgt. McWhorter intentionally, willfully, maliciously, unlawfully, illegally, gross negligently and unconstitutionally, pulled biblical Israelite rerum natura and sui generis Oscar L. Washington Jr, from Jordan Grander private, not-for-hire, not for profit, noncommercial automobile, with excessive force, assaulted, battered, and erroneously arrested, and kidnapped petitioner without consent in intrastate commerce out of retaliation, in conspiracy with Respondent(s)-Defendant(s) Mayor Dan Pillow; Solicitor Robert G. Kelly; Magistrate Walter C. Wurster, and other Respondent(s)-Defendant(s), as stated above, is imprisoning and restraining biblical Israelite rerum natura and sui generis Oscar L. Washington Jr. of his liberty, in violation of the commerce clause, religious belief, symbolic expression, conscious, right to association, and dissociation from Respondent(s)-Defendant(s) legal and political religion ministry and facial void ab initio for vagueness, overbreadth, suspect classification, Village Ordinance 137.02, Carrying Concealed Weapon, M1, Village Ordinance 138.03(A)(C)(3)(a), Drug Possession (Marihuana) MM, and Village Ordinance 138.13(A)(3) Drug Paraphernalia Possession (Marihuana) MM. Out of retaliation and in conspiracy, upgraded to allegedly carrying concealed weapons in violation of ORC §§ 2923-12A, and possession of controlled substances allegedly in violation of ORC 2925-11 all subject to strict scrutiny as

applied to biblical Israelite rerum natura and sui generis Oscar L. Washington religious conduct. In Johnson v. City of Cincinnati, the sixth circuit court of appeal held that the Due Process Clause of the Fourteenth Amendment protects the "right to travel locally through public spaces and roadways." 310 F.3d 484, 495 (6th Cir. 2002). Of course, "[i]f the statutory language is plain, we must enforce it according to its terms." King v. Burwell, 135 S. Ct. 2480, 2489 (2015) (citing Hardt, 560 U.S. at 251); see also Conn. Nat'l Bank v. Germain, 503 U.S. 249, 254 (1992) ("When the words of a statute are unambiguous, then, this first canon is also the last: 'judicial inquiry is complete.'" (quoting Rubin v. United States, 449 U.S. 424, 430 (1981))). "But oftentimes the 'meaning—or ambiguity—of certain words or phrases may only become evident when placed in context.'" King, 135 S. Ct. at 2489 (quoting FDA v. Brown & Williamson Tobacco Corp., 529 U.S. 120, 132 (2000)). The right to intrastate travel was "deeply rooted in this Nation's history and tradition, and implicit in the concept of ordered liberty," id. at 495 (quoting Washington v. Glucksberg, 521 U.S. 702, 721 (1997)), and concluded that "the right to travel locally through public spaces and roadways enjoys a unique and protected place in our national heritage."

37.     On July 6, 2018, and July 24, 2018, Common Pleas Magistrate Bachman and Common Pleas Judge Ruehlaman, out of retaliation and in conspiracy in violation of the Commerce Claus, the Federal Kidnapping Act, the Adam Walsh Child Protection and Safety Act, and Federal Statute 18 U.S. Code § 1201, placed biblical Israelite rerum natura and sui generis Oscar L. Washington Jr, in contempt of court, finding him guilty without a hearing and with no bond committing cruel and unusual punishment, used as instrument of oppression with a specific governmental religious ministry of slavery intent to infringe upon, restrict, or suppress religious beliefs, in violation of the Eight Amendment to the United States Constitution for

asserting his rights and protection of the First, Fifth, Fourteenth Amendments to the United States Constitution, in their color of law, victimless facial, void for vagueness, overbreadth, and suspect classification matter that only apply to Respondent(s)-Defendant(s), subject to strict scrutiny.

38.     Holding can be accomplished without physical force. For example, a perpetrator could lure his victim into a room and lock the victim inside against his or her will. This would satisfy the holding element of kidnapping under 1201(a) using, threatening to use, or attempting to use physical force. See United State v. Swanson, 55 Fed. App'x 761, 762 (7th Cir 2003). See generally United States v. Richeson, 338 F.3d 653 (7th Cir. 2003) (finding that the intrastate use of telephone lines is sufficient to satisfy the federal jurisdictional element); United States v. Marek, 238 F.3d 310 (5th Cir. 2001) (finding that the in-state operation of a cell phone constitutes a use of an instrumentality of interstate commerce). There is no corpus delecti in Respondent(s)-Defendant(s)' claims except for biblical Israelite rerum natura and sui generis Oscar L. Washington Jr., that's being harmed by statutory persons with the authority of State Law, acting under color of State law. A Crime is a breach of laws or governing authority. While Respondent(s)-Defendant(s)'alleged "offence" or "infraction" was a violation of the "law" it was not a crime. Notwithstanding, proof of the corpus delecti is required in all criminal matters:

> "Proof of the *corpus delecti* is required in <u>all</u> criminal cases...There are three basic elements in the proof of a crime: (1) the occurrence of loss or injury, (2) criminal causation of that loss or injury and (3) the identity of the defendant as the perpetrator of the crime. However, it is firmly established in this State that the term *corpus delecti* embraces only the first two of these elements-loss or injury and criminal causation." *State v. Hill*, 221 A.2d 725, 728. (emphasis added)

"It is true that the above are all cases of felonious homicide, but the doctrine [of corpus delecti] is in nowise peculiar to such cases; it is equally applicable to <u>all</u> criminal cases." *State v. Gelzeiler*, 128 A. 240 (emphasis added)

39. There is no real party in interest that's been harmed in this matter other than biblical Israelite rerum natura and sui generis Oscar L. Washington. This is an adversarial proceeding, and as it is to the Petitioner's limited understanding, adversarial proceedings require *real* adversaries:

"Properly understood the general principle is sound, for courts only adjudicate justiciable controversies… courts must look behind names that symbolize the parties to determine whether a justiciable case or controversy is presented." *United States v. Interstate Commerce Commission*, 337 U.S. 426 (1949]). (emphasis added)

40. There is lack of evidence biblical Israelite Oscar L. Washington Jr was using his Arms in "commerce". It has not been established that biblical Israelite Oscar L. Washington Jr is subject to Respondent(s)-Defendant(s) private laws by way of explicit or implied contract. Biblical Israelite Oscar L. Washington Jr's signature on any alleged "offence" or any other contract in this matter was under duress for fear of continued illegal, unlawful and unconstitutional arrest as applied to biblical Israelite Oscar L. Washington Jr. Biblical Israelite rerum natura and sui generis Oscar L. Washington Jr intentions were never meant to contract and has not contracted with any Respondent-Defendant in their victimless matter. "Each citizen acts as a private attorney general who 'takes on the mantel of sovereign'," Wood v. Breier, 54 F.R.D. 7, 10-11 (E.D. Wis. 1972). Frankenhauser v. Rizzo, 59 F.R.D. 339 (E.D. Pa. 1973). See attached Affidavit of Sovereignty. Exhibit A.

41. Biblical Israelite rerum natura and sui generis Oscar L. Washington Jr as the true injured party in this matter has established standing to bring RFRA claims because he has established Article III injury-in-fact. See Smith v. Jefferson Cty. Bd. of Sch. Comm'rs, 641 F.3d 197, 206 (6th Cir. 2011) (recognizing standing as a "threshold matter").

"For a crime to exist, there must be an injured party. "There can be no sanction or penalty imposed on one because of this exercise of Constitutional rights." *Sheer v. Cullen*, 481 F.

945.

"Where rights are secured by the Constitution are involved, there can be no rule-making or legislation which would abrogate them." *Miranda v. Arizona* 384 U.S. 436, 125

"The claim and exercise of a Constitutional right cannot be converted into a crime." *Miller v. U.S.* 230 F 2nd 486, 489.

"Under our system of government upon the individuality and intelligence of the citizen, the state" does not claim to control him/her, except as his/her conduct to others, leaving him/her the sole judge as to all that affects himself/herself." *Mugler v. Kansas* 123 U.S. 623, 659-60.

42.    There is a lack of evidence biblical Israelite rerum natura and sui generis Oscar L. Washington Jr was violating their corporate "private statutes"; biblical Israelite petitioner Oscar L. Washington Jr was not using his Second Amendment right to Bear Arms in any unlawful or unconstitutional manner, harming or injuring another. The constitutional bases for such a challenge are the Fourth Amendment right of privacy, fundamental peripheral rights, and substantive due process of the Fifth and Fourteenth Amendments to the United States of America Constitution.

## **NO STATUTORY BENEFITS OR PRIVILEGES FROM THE GOVERNMENT**

43.    Biblical Israelite rerum natura and sui generis Oscar L. Washington Jr, attached and unrebutted Affidavit of Sovereignty states among other things:

> "I am competent to manage all my affairs. All other entities are incompetent to manage any of my affairs and are hereby fired. I sovereign Hebrew Israelite Diplomat, Propria Persona, proceeding Sui Juris, (*NOT PRO SE or PRO PER*), common man, non-resident foreign alien American national republic (but not a citizen or so called sovereign citizen") under 8 U.S.C. §1101(a)(21) or 8 U.S.C. §1101(a)(22)(B) and that he is NOT a "U.S.** citizen" under 8 U.S.C. §1401, born in the North America Republic, domicile in the Kingdom of Heaven on earth, a non-Federal or Statutorily defined "person," In Rerum Natura, and Sui Generis, proceeding Sui Juris, domicile in the Kingdom of Heaven on Earth, the tribe Judah, of the twelve tribes of Israel (Yashar'al) of the Holy Bible, by special appearance, cannot be tried in their own court."

44.     Once again, biblical Israelite rerum natura and sui generis Oscar L. Washington Jr., is NOT under any of Respondent(s)-Defendant(s) deceptive statutory agreement with the state of Ohio, does NOT have any contract with the State of Ohio and Ohio's Revised Code 2923-13A2, law does not apply to Petitioner, and Petitioner must be immediately released from Respondent(s)-Defendant(s) unlawful, illegal and unconstitutional restraints in their facial, void ab initio for vagueness and overbreadth color of law, suspect classification victimless matter that apply only to Respondent(s)-Defendant(s), subject to strict scrutiny.

**FUNDAMENTAL RIGHT TO BEAR ARMS**

45.     The right to keep and bear arms is a longstanding, often glorified right protected by the United States of America Constitution without restrictions on the bearing of arms and ownership in its constitution adopted in 1791. The Second Amendment to the United States Constitution reads:

> "The right of the people to keep and bear arms, shall not be infringed. Ohio Statutory Code 2923-12A, carrying concealed weapons, and Ohio Statutory Code 2923-16B, Improperly Handling Firearms in A Motor Vehicle law does not apply to Petitioner., that has never requested the privilege of a licensee to carry or not to carry a concealed deadly weapon, handgun, a dangerous ordnance or firearms."

46.     As far as Petitioner is concerned, on May 5, 2018, he was a non-fare or fee paying guest, fundamentally traveling/moving in a not-for-profit, not-for-hire privately owned automobile without any compelled governmental license and registration privileges, asserting his fundamental right to travel/move. In A Light Most Favorable to biblical Israelite rerum natura and sui generis Oscar L. Washington Jr, the Village of Addyston officials, and Hamilton County Officials Should Have Known That Arresting Petitioner Would Violate Those Fundamental Rights who conduct of religious beliefs did not amount to "Carrying concealed weapons," "Improperly Handling Firearms In A Motor Vehicle" or "having weapons while under disability"

*Id. Thompson v. Smith, 154 SE 579*, "It could not be stated more directly or conclusively that citizens of the states have a common law right to travel, without approval or restriction (license), and that this right is protected under the U.S Constitution." "The right to travel is a part of the liberty of which the citizen cannot be deprived without due process of law under the Fifth Amendment." *Kent v. Dulles*, 357 U.S. 116 (1958).

## GROUND TWO

**A challenge to standing, real party in interest, ratification of commencement; lack of a contract, lack of a sworn complaint from a constitutional flesh and blood man or woman, lack of Copus Delicti, lack of subject matter jurisdiction, lack of jurisdiction over a particular matter; lack of personal (personam) jurisdiction can be challenged in any case, in any court against a state statute with intentions of unconstitutionally, civilly generating revenue and criminal extortion, or otherwise oppression from a kidnapping without consent under color of law as an unconstitutional deprivation and infringement on religious beliefs**

42 U.S.C. § 2000bb which provides "A person whose religious exercise has been burdened in violation of this section may assert that violation as a claim or defense in a judicial proceeding and obtain appropriate relief against a government. Standing to assert a claim or defense under this section shall be governed by the general rules of standing under article III of the Constitution....."

47.     On June 4, 2018, through common law next friend, Diplomatic biblical Israelite clergy natura and sui generis Ammiyhuwd moved the Village of Addyston nisi prius Municipal court and Magistrate Walter C. Wurster with a common law compulsory counterclaim and demand to quash any Citation, Complaint, Indictment, Information, Affidavit, Notice to appear in their victimless matter that only apply to them, Case Number(s) 18CRB018, 18CRD018A, and 18CRB018C, on June 29, 2018, moved the Hamilton County nisi prius Municipal court and Judge Curt Kissinger, with a common law compulsory counterclaim demand to quash any Citation, Complaint, Indictment, Information, Affidavit, Notice to appear in their victimless matter, Case No. C18CRA15882, and C18CRB15883, and on July 3, 2018, engaged the

Hamilton County nisi prius Common Pleas Court Magistrate Bachman, and Judge Ruehlaman, with a common law compulsory counterclaim with demand to quash any Citation, Complaint, Indictment, Information, Affidavit, Notice to appear in Case No. M180761 and B183596. On July 10, 2018, engaged the First District Court of appeals and judge Russell J. Mock with Writ of Habeas Corpus, combined 42 U.S.C. 1983 compulsory dispositive counterclaim right to setoff/discharge petition for the release of biblical Israelite rerum natura and sui generis Oscar L. Washington Jr from his unlawful, illegal and unconstitutional restraints. On July 23, 2018, engaged the Supreme Court of Ohio and Judge Maureen O'Connor with notice of appeal from First District Court of appeals and Judge Russell J. Mock, striking of Writ of Habeas Corpus, combined 42 U.S.C. 1983 compulsory dispositive counterclaim right to setoff/discharge petition on behalf of biblical Israelite rerum natura and sui generis Oscar L. Washington Jr., all with challenges and attacks Respondent(s)-Defendant(s) through Criminal Rule 12(C)(1) Defenses and objections based on defects in the institution of the prosecution, moving the Hamilton County Municipal and Common Pleas Court Criminal/Civil Division, heard by Municipal Judge Curt Kissinger or Common Pleas Judge Robert P. Ruehlaman with compulsory counterclaim, demand to quash the matter for (1) lack of corpus delecti; (2) lack of Article III standing, (3) lack of common law Standing, (4) lack of Real Party In Interest Ohio Civil Rule 17(A), (5) also pursuant to Civ.R. 12 (B) lack of jurisdiction over the subject matter, (6) lack of jurisdiction over the person, (7) improper venue, (8) insufficiency of process, (9) insufficiency of service of process, (10) lack of ratification of commencement; (11) lack of a contract And (12) lack of Consent to be sued, (13) failure to join the real party in interest. See Attached July 6, 2018, July 11, 2018, July 24, 2018, and August 2, 2018 void ab initio orders. All of petitioner's State Remedies are exhausted.

48. Respondent(s)-Defendant(s) lack Common Law standing, lack Article III standing and the Village of Addyston Municipal, Hamilton County Municipal and Common Pleas Courts all lack jurisdiction in their facial, void ab initio for vagueness and overbreadth victimless matter, as applied to the kidnapping without consent, imprisoning, sentencing and/or conviction in contempt of court of biblical Israelite rerum natura and sui generis Oscar L. Washington Jr. with a civil revenue and criminal extortion or otherwise of excessive bond, committing cruel and unusual punishment, used as instrument of oppression with a specific governmental religious ministry of slavery intent to infringe upon, restrict, suppress or oppress Free Exercise of religion, freedom of conscience, to assemble and Free Speech in violation of the Eight Amendment to the United States Constitution. Biblical Israelite rerum natura and sui generis Oscar L. Washington Jr. and his next friend, biological biblical Israelite father are engaging in conduct that constitutes an exercise of religion, the Government has placed a substantial burden that biblical Israelite rerum natura and sui generis Oscar L. Washington Jr's exercise of religion; and the Government has no compelling interest in imposing that burden on Free Exercise of religion, freedom of conscience, to assemble and Free Speech Clauses of the First Amendment, and the Equal Protection Clause of the Fourteenth Amendment, as incorporated by the Due Process Clause of the Fifth Amendment, in violation of the Religious Freedom Restoration Act of 1993 (RFRA) and 42 U.S.C. § 2000bb.

"Trial court acts without jurisdiction when it acts without inherent or common law authority, ..." State v. Rodriguez, 725 A.2d 635, 125 Md.App 428, cert den 731 A.2d 971,354 Md. 573 (1999).

"No sanction can be imposed absent proof of jurisdiction" Stanard v. Olesen, 74 S. Ct.768.

Where the court is without jurisdiction, it has no authority to do anything other than to dismiss the case." Fontenot v. State, 932 S.w.2d 185.

*authority of the United States, shall be the supreme authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding."* U.S. Constitution Article VI

"*The judgment of a court of record whose jurisdiction is final, is as conclusive on all the world as the judgment of this court would be. It is as conclusive on this court as it is on other courts. It puts an end to inquiry concerning the fact, by deciding it. Inferior courts are those whose jurisdiction is limited and special and whose proceedings are not according to the course of the common law. Criminal courts proceed according to statutory law. Jurisdiction and procedure is defined by statute. Likewise, civil courts and admiralty courts proceed according to statutory law. Any court proceeding according to statutory law is not a court of record which only proceeds according to common law; it is an inferior court.* Ex parte Watkins, 3 Pet., at 202-203. cited by SCHNECKLOTH v. BUSTAMONTE, 412 U.S. 218, 255 (1973).

"Due course of law, this phrase is synonymous with "due process of law" or "law of the land" and means law in its regular course of administration through courts of justice". Kansas Pac. Ry. Co. v. Dunmeyer 19 KAN 542.

49.     Maritime Jurisdiction," Federal First, Fifth, Sixth, Eighth, Tenth, Thirteenth and Fourteenth Amendments Constitutional rights. *Suhre v. Haywood County* 131 F.3d 1083 (4th Cir. 1997).

50.     Ohio standing requirement is a matter of Ohio jurisprudence. The point contains multiple grounds and legal issues (e.g., Lack of standing, Lack of Real Party In Interest, Lack of

corpus delecti, lack of jurisdiction over the subject matter, lack of jurisdiction over the particular matter, lack of (personam) jurisdiction over the person, improper venue, insufficiency of process, insufficiency of service of process, lack of ratification of commencement; lack of contract and lack of Consent to be sued). Separate legal issues must be set out in separate points relied on. *Moore v. Middletown, 33 Ohio St.3d 55,* 2012-Ohio- 3897, 975 N.E.2d 977, ¶ 22, citing Lujan v, Defenders of Wildlife, 504 U.S. 555, 560, 112 S.Ct. 2130, 119 L.Ed.2d 351 (1992). It focuses on whether the complaining party is the proper person to invoke the court's power. *Id.*

51.     A prerequisite to affording Dorian LaCourse, Donald McWhorter, Dan Pillow; Robert G. Kelly; Walter C. Wurster, Jennifer Bishop, Aftab Pureval, Curt Kissinger, Jim Neil, Joseph Deters, Michael Backhman, Alexandria Thurner, and Robert P. Ruehlmana review on the merits is a determination whether they have standing to maintain their cause of action. Standing promotes effective advocacy by insisting that Dorian LaCourse, Donald McWhorter, Dan Pillow; Robert G. Kelly; Walter C. Wurster, Jennifer Bishop, Aftab Pureval, Curt Kissinger, Sheriff Jim Neil, Joseph Deters, Michael Backhman, Alexandria Thurner, and Robert P. Ruehlman have a "personal stake in the outcome of the controversy," and thus the incentive to vigorously litigate the case. Fed. Home Loan Mtge, Corp., 134 Ohio St.3d 13, 2012-Ohio-5017, 979 N.E.2d 1214 at ¶ 21, quoting Cleveland v. Shaker Hts., 30 Ohio St.3d 49, 51, 507 N.E.2d 323 (1987); Baker v. Carr, 369 U.S. 186, 204, 82 S.Ct. 691, 7 L.Ed.2d 663 (1962).

52.     This history dates back to before the common usage of the term "standing." As early as 1910, this Court--citing to a decision of the United State Supreme Court---rendered decisions holding that Ohio courts can only decide "'actual controversies by a judgment [that] can be carried into effect, and [is] not to give opinions upon moot questions or abstract

propositions.'" *Miner v. Witt,* 82 Ohio St. 237, 238, 92 N.E. 21 (1910), quoting *Mills v. Green,* 159 U.S. 651, 653, 16 S.Ct, 132, 40 L.Ed. 293 (1895); see also Steinglass & Scarselli at 180.

53.     Article III, section 2 of the Constitution allows federal courts to consider only "Cases" and "Controversies." *Massachusetts v. EPA,* 549 U.S. 497, 516, 127 S.Ct. 1438, 167 L.Ed.2d 248 (2007). "Those two words confine 'the business of federal courts to questions presented in an adversary context and in a form historically viewed as capable of resolution through the judicial process.'" *Id.* (quoting *Flast v. Cohen,* 392 U.S. 83, 95, 88 S.Ct. 1942, 20 L.Ed.2d 947 (1968)). "Standing is an essential and unchanging part of the case-or-controversy requirement" and is therefore a prerequisite to our jurisdiction. *See Lujan v. Defs. of Wildlife,* 504 U.S. 555, 560, 112 S.Ct. 2130, 119 L.Ed.2d 351 (1992). The "gist of the question of standing" is whether Dorian LaCourse, Donald McWhorter, Dan Pillow; Robert G. Kelly; Walter C. Wurster, Jennifer Bishop, Aftab Pureval, Curt Kissinger, Jim Neil, Joseph Deters, Michael Backhman, Alexandria Thurner, or Robert P. Ruehlmana has a sufficiently "personal stake in the outcome of the controversy" to ensure that the parties will be truly adverse and their legal presentations sharpened. *Massachusetts,* 549 U.S. at 517, 127 S.Ct. 1438 (quoting *Baker v. Carr,* 369 U.S. 186, 204, 82 S.Ct. 691, 7 L.Ed.2d 663 (1962)). *Washington v. Trump,* 847 F. 3d 1151 (9th Cir. 2017).

54.     To establish Article III standing, Dorian LaCourse, Donald McWhorter, Dan Pillow; Robert G. Kelly; Walter C. Wurster, Jennifer Bishop, Aftab Pureval, Curt Kissinger, Jim Neil, Joseph Deters, Michael Backhman, Alexandria Thurner, and Robert P. Ruehlmana, must demonstrate "that he/she has suffered a concrete and particularized injury that is either actual or imminent, that the injury is fairly traceable to the alleged defendant, and that it is likely that a

favorable decision will redress that injury." *Id.* (citing *Lujan,* 504 U.S. at 560-61, 112 S.Ct. 2130). *Washington v. Trump, ibid.*

55.     Standing is a prerequisite to the existence of a "Case[]" or "Controvers[y]," which is itself a precondition to the exercise of federal judicial power. U.S. CONST. art. III, §§ 1-2; *Lujan,* 504 U.S. at 560, 112 S.Ct. 2130. To demonstrate standing, Dorian LaCourse, Donald McWhorter, Dan Pillow; Robert G. Kelly; Walter C. Wurster, Jennifer Bishop, Aftab Pureval, Curt Kissinger, Jim Neil, Joseph Deters, Michael Backhman, Alexandria Thurner, and Robert P. Ruehlmana must show that he/she has suffered an "injury in fact" that is "fairly traceable" to the defendant's actions and that is "likely to be redressed" by the relief she seeks. *Spokeo, Inc. v. Robins,* ___ U.S. ___, 136 S.Ct. 1540, 1547, 194 L.Ed.2d 635 (2016) (quoting *Lujan,* 504 U.S. at 560, 112 S.Ct. 2130). *Attias v. Carefirst, Inc.*, 865 F. 3d 620 (DC Cir. 2017).

56.     All of these malicious fundamental errors set by Respondent(s)/Defendant(s), create 'cause" and "prejudice" to excuse any hypothetical default. Because an on the merits determination required consideration of the factual bases, and allowance for the adequate development of claims, none of the claims addressed could have been said to have been adjudicated on the merits. Or were fragmented to such a degree that the material questions could not be properly concluded. Thus, de novo review of all claims as fully stated by petitioner is required.

*Harmon v. Ryan*, 959 F.2d 1457, 1461-63 (9th Cir. 1992) (procedural default is inadequate to bar federal habeas corpus relief because" state procedures were in practice.. [so] i11-defined" that petitioner" cou1d not reasonab1y have been expected" to comply with state rule in question).

Delap v. Dugger, 890 F.2d 285, 300 (11th Cir. 1989, cert. denied, 496 U.S. 929 (1990) (procedural rule barring presentation of federal claim is not "independent and adequate" if state applies ru1e in" sporadic"… [or] harsh manner").

*Bledsue v. Johnson*, 188 F.3d 250, 255 (5th Cir. 1999) (although court acknowledges that "the plain language of Bledsue's direct state appeal and second habeas petition" did not" explicitly" presentallegedly defaulted claim, court errs on side of concluding" generously" that pro se prisoner "implicitly" presented claim and thereby avoided default).

*Hutchins v. Wainwright*, 715 F.2d 512, 519 (11th Cir. 1983), cert. denied, 465 U.S. 107 1 (1984) ("issue,... albeitobliquely stated," presented" substance" of claim, thus" sufficiently alert[ed] the state court").

*Albuquerque v. Bara*, 628 F.2d 767, 772-73 & n.4 (2d Cir. 1980) ("substantial" compliance because state courts were made "aware of the fact of the challenge and its theoretical underpinnings" and given" ample opportunity to respond in an appropriate manner").

*Dugger v. Adams*, 489 U.S. 401, 410-11 n.6 (1989) (claims falling within state-law exception to state procedural default bar are not subject to habeas corpus denial based on procedural default grounds; rule inapplicable on facts of case).

*McCandless v. Vaughn*, 172 F.3d 255, 260 (3d Cir. 1999); *Caswell v. Ryan*, 953 F.2d 853, 861-62 (3d Cir. 1992) (A federal habeas court cannot review the merits of a procedurally defaulted claim unless the petitioner shows either cause for the procedural default and actual prejudice, or that a fundamental miscarriage of justice will result if the court does not review the claims.)

*Marray v. Carrier*, 477 U.S. 478, 488, 106 S. Ct. 2639, 91 L. Ed. 2d 397 (1986) (To demonstrate" cause" for a procedural default, the petitioner must point to some objective external factor which impeded his efforts to comply with the state's procedural rule.)

*Lockhart v. Fretwell*, 506 U.S. 364, 366, 113 S. Ct. 838, 122 L.Ed.2d 180 (1993); *Buxton v. Pennsylvania*, 398 Fed. Appx. 704, 707- 708 (3d Cir. 2010) ("Prejudice"will be satisfied only if the petitioner can demonstrate that the outcome of the state proceeding was" unreliable or fundamentally unfair" as a result of a violation of federal law.)

*Bounds v. Smith*, 430 U.S. 817, 822, 97 S. Ct. 1491, 52 L.Ed.2d 72 (1977) ("adequate and effective appellate review" is impossible without a trial transcript or adequate substitute," and thus, "States must provide trial records to inmates unable to buy them.")

*Dobbs v. Zant*, 506 U.S. 357, 359 (1993) (per curiam) (excuse for potential default found because state's "erroneous assertions that closing arguments had not been transcribed" prevented petitioner from discovering transcript and raising claims based on it.)

*Reed v. Ross*, 468 U.S. 1, 14 (1984); *Amadeo v. Zant*, 486 U.S. 214, 222-24 (1988) (state officials prevented habeas corpus petitioner from raising claim by concealing evidence of constitutional violation; procedural default rule did not bar habeas corpus review because default was attributable to" some interference by officials" "rather than tactical considerations" [of petitioner]).

*United States v. Kaplan*, 554 F.2d 958, 970 (9th Cir.), cert. denied, 430 U.S. 956 (1977) (cause was present because of lack of transcript with crucial facts). *Banks v. Dretke*, 540 U.S. 668, 691 - 98 (2004) ("a petitioner shows 'cause' when the reason for his failure to develop facts in state-court proceedings was the State's suppression of the relevant evidence").

*Barrientes v. Johnson*, 221 F.3d 741, 768-69 (5th Cir. 2000) cert. dismissed, 531 U.S. 1134 (2001) (petitioner is entitled to evidentiary hearing on" cause" and" prejudice" because affidavits show" compel1ing[1y]" that government officials frustrated counsel's "diligent" efforts to obtain information needed for claims).

*Paradise v. Arave*, 130 F.3d 385, 394 (9th Cir. 1997) (in successive petition context, petition had "cause' for omission of Brady claim from previous federal petition because prosecutor withheld exculpatory information at time of criminal trial and successfully moved to quash subpoena of documents at time of first federal petition).

*Tippitt v. Lockhart*, 903 F.2d 552, 555 (8th Cir.), cert. denied, 498 U.S. 922 (1990) ("cause" for fai1ure to appea1exists if" state tria1 court prevent[s] [petitioner] from proper1y appea1ing his [state postconviction] petitions")

*Dorman v. Wainwright*, 798 F.2d 1358, 1363 (11th Cir. 1986), cert. denied, 480 U.S. 951 (1987) (state's failure to provide petitioner with transcript supplies cause).

*Paradise v. Arave*, 130 F.3d 385, 394 (9th Cir. 1997) (in successive petition context, petition had "cause' for omission of Brady claim from previous federal petition because prosecutor withheld exculpatory information at time of criminal trial and successfully moved to quash subpoena of documents at time of first federal petition)

*Tippitt v. Lockhart*, 903 F.2d 552, 555 (8th Cir.), cert. denied, 498 U.S. 922 (1990) ("cause" for failure to appeal exists if "state trial court prevent[s] [petitioner] from properly appealing his [state postconviction] petitions")

*Dorman v. Wainwright*, 798 F.2d 1358, 1363 (11th Cir. 1986), cert. denied, 480 U.S. 951 (1987) (state's failure to provide petitioner with transcript supplies cause).

*Wainwright v. Sykes*, 433 U.S. at 88-99 (by implication) (policy of Sykes rule assumes state officials willing to correct, not bent on perpetuating, error); *Mayberry v. Petsock*, 821 F.2d 179, 184 (3d Cir.), cert. denied, 484 U.S. 946 (1987) (by analogy) (state interference with prisoner's ability to take timely appeal is an exception to nonexhaustion defense).

*Banks v. Dretke*, 540 U.S. 668, 698 (2004) (quoting *Kyles v. Whitley*, 514 U.S. 419, 434 (1995)); *Strickler v. Greene*, 527 U.S. at 290. See also Banks, 540 U.S. at 691 ("prejudice within the compass of the 'cause and prejudice' requirement exists when the suppressed evidence is 'material' for Brady purposes"); Strickler, 527 U.S. at 282 (materiality component of Brady doctrine "parallels prejudice prong of cause and prejudice standard for excusing procedural default).

*Wainwright v. Sykes*, 433 U.S. 72, 80 (1977); *Townsend v. Sain*, 372 U.S. 293, 312-18 (1963); *Brown v. Allen*, 344 U.S. 443 (1953); *Holloway v. Horn*, 355 F.3d 707, 716 (3d Cir.), cert. denied, 543 U.S. 976 (2004) (state's argument that "District Court lacked authority under 28 U.S.C. § 2254(e)(2) to hold an evidentiary hearing" is rejected because "it is within a District Court's authority to grant a hearing on a petitioner's ability to establish cause to excuse a procedural default, and there § 2254(e)(2) is inapplicable to those hearings"); Walton v. Stewart, 1999 U.S. App. LEXIS 2025, at \*25-\*31 (9th Cir. Feb. 5, 1999), cert. denied, 530 U.S. 1217 (2000) (district court erred in denying petitioner's request for evidentiary hearing to prove "cause" and "prejudice").

*Boyd v. Waymart*, 579 F.3d 330, 334 (3d Cir. 2009) "Our precedent stands for the proposition that, if an examination of the opinions of the state courts shows that they misunderstood the nature of a properly exhausted claim and thus failed to adjudicate the claim on the merits, the deferential standards of review in AEDPA do not apply."

*Appel v. horn*, 250 F.3d 203, 210-11 (3d Cir. 2001) (state court's misconstrual of claim as ineffective assistance of counsel rather than constructive denial of counsel prevented state court from fully resolving petitioner's actual claim and therefore "deferential standards provided by AEDPA and explained in Williams do not apply… [and] federal habeas court must conduct a de nova review over pure legal questions and mixed questions of law and fact, as a court would have done prior to the enactment of AEDPA")

*Thomas v. Varner*, 428 F.3d 491, 501 (3d Cir. 2005), cert. denied, 549 U.S. 1110 (2007) "Our review of whether counsel's conduct was objectively unreasonable [under Strickland v. Washington] is de novo, as the Pennsylvania courts never reached this issue, having decided the claim on strategy grounds."

*Wilston v. Workman*, 577 F.3d 1284, 1290-91 (10th Cir. 2009) (en banc) ("In the cases before us, the state court disposed of mixed questions of law and fact, but did so on a factual record that was, solely as a result of the state procedural rule, incomplete. We hold that when the state court makes such findings on an incomplete record, it has not made an adjudication on the merits to which we owe any deference… If the state court fails to consider the very evidence that the claim is based upon, then the state court has not adjudicated the merits of the claim. A claim is more than a mere theory on which a court could grant relief; a claim must have a factual basis, and an adjudication of that claim requires an evaluation of that factual basis… When the state court has not considered the material evidence that a defendant submitted to support the substance of his arguments, it has not adjudicated that claim on the merits… Our interpretation comports with the general purposes and structure of AEDPA as well as its language. While that statute vindicates goals such as federalism and comity by affording greater deference to state court decisions, it prescribes deference only for decisions the state court has actually made. These purposes are not served when the state court has never considered the substance of the Claim in the first place.").

*Appel v. horn*, 250 F.3d 203, 210-11 (3d Cir. 2001) (state court's misconstrual of claim as ineffective assistance of counsel rather than constructive denial of counsel prevented state court from fully resolving petitioner's actual claim and therefore "deferential standards provided by

AEDPA and explained in Williams do not apply... [and] federal habeas court must conduct a de nova review over pure legal questions and mixed questions of law and fact, as a court would have done prior to the enactment of AEDPA")

*Thomas v. Varner*, 428 F.3d 491, 501 (3d Cir. 2005), cert. denied, 549 U.S. 1110 (2007) "Our review of whether counsel's conduct was objectively unreasonable [under Strickland v. Washington] is de novo, as the Pennsylvania courts never reached this issue, having decided the claim on strategy grounds."

*Wilston v. Workman*, 577 F.3d 1284, 1290-91 (10th Cir. 2009) (en banc) ("In the cases before us, the state court disposed of mixed questions of law and fact, but did so on a factual record that was, solely as a result of the state procedural rule, incomplete. We hold that when the state court makes such findings on an incomplete record, it has not made an adjudication on the merits to which we owe any deference... If the state court fails to consider the very evidence that the claim is based upon, then the state court has not adjudicated the merits of the claim. A claim is more than a mere theory on which a court could grant relief; a claim must have a factual basis, and an adjudication of that claim requires an evaluation of that factual basis... When the state court has not considered the material evidence that a defendant submitted to support the substance of his arguments, it has not adjudicated that claim on the merits... Our interpretation comports with the general purposes and structure of AEDPA as well as its language. While that statute vindicates goals such as federalism and comity by affording greater deference to state court decisions, it prescribes deference only for decisions the state court has actually made. These purposes are not served when the state court has never considered the substance of the claim in the first place.").

*Townsend v. Sain*, 372 U.S. 293, 313 (1963) (hearing required if, "for any reason it appears that the state trier of fact did not afford the habeas applicant a full and fair fact hearing" or the "merits of the factual dispute were not resolved in the state hearing")

*Johnson v. Williams*, U.S., 133 S. Ct. 1088, 185 L.Ed. 2d 105 (Feb. 20, 2013) (Extension of Richter presumption to cases where some claims were addressed: "[w]hen a federal claim has been presented to a state court and the state court has denied relief, it may be presumed that the state court adjudicated the claim on the merits in the absence of any indication or state-law procedural principles to the contrary.")

*Estelle v. Gamble*, 429 U.S. 97, (1976) "As the Court unanimously held in *Haines v. Kerner*, 404 US 519, 30 L Ed 2d 652, 92 S Ct 594 (1972), a pro se complaint, "however in art fully pleaded," must be held to "less stringent standards than formal pleadings drafted by lawyers" and can only be dismissed for failure to state a claim if it appears "'beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief.' "Id., at 520 - 521, 30 L Ed 2d 652, 92 S Ct 594, quoting *Conley v. Gibson*, 355 US 41, 45-46, 2 L Ed 2d 80, 78 S Ct 99 (1957)"

57.    His rebuttals demonstrate how the nature of all claims are being intentionally

misunderstood by Respondent(s)/Defendant(s).

## COMMONWEALTH OF OHIO INTENTIONAL MISUNDERSTANDING OF CLAIMS

A. ERIE R. CO. V. TOMPKINS ANNOUNCED THE REPLACEMENT OF ORGANIC CONSTITUTIONAL LAW WITH UNIFORM COMMERCIAL CODE JUDICIAL DICTATIONS, AND IS THUS UNCONSTITUTIONAL, NULL, AND VOID:

58.    Village of Addyston Magistrate Walter C. Wurster, Hamilton County Municipal Judge Curt Kissinger, Hamilton County Common Pleas Magistrate Bachman, Common Pleas Judge Ruehlaman, First District Court of appeals judge Russell J. Mock and Supreme Court of Ohio Judge Maureen O'Connor all erroneous and unconstitutionally clothed with the authority of State law, acting under color of State law, facial, void ab initio for vagueness and overbreadth, suspect classification deceptive Corporate Rules, Regulatory, Statutory Assumptions, and Presumptions victimless matter, subject to strict scrutiny as applied to biblical Israelite, rerum natura, and sui generis Oscar L. Washington Jr religious conduct proceedings used the wrong standard of review in this de novo question of law:

59.    Erie is merely the announcement of a judicial legislation/dietation standard, that was at first applied only to diversity jurisdiction cases of civil/commercial law, but infected criminal law with the advent of the Uniform Commercial Code, whose very nature was superimposed subtly upon criminal law to make the nature of criminal court actions similar to commercial contracts. Where the defendant is a debtor, represented by a straw-men in his government name, bound to the commercial law through adhesion contracts. Having no authority, because the law is copyrighted by the BAR, and he has no authority to use it. biblical Israelite, rerum natura, and sui generis Oscar L. Washington Jr's case is the perfect example of how pleadings and evidence are treated like commercial contracts, where the de facto govt. agents (who swore an oath to uphold the unconstitutional U.S. Bankruptcy,) strictly construe his pleadings and figurative evidence like a lawyer arguing ambiguities in a commercial contract; to

tyrannically subvert his rights with unconstitutional judicial dictations. These dictations rubber-stamp every unlawful and un constitutional act done by the de facto govt. agents and legislature as constitutional, by redefining and imposing harsh limits and judicial tests as traps upon "rights" amorphous1y construed as seen fit in aparticu1ar c1ass of cases as "privi1eges."

60. The discussion by the Respondent(s)-Defendant(s) shows an intentional misunderstanding of the issue to evade its unrebuttable merits. They limit their discussion to "ability of judges to create general constitutionally sound judicial procedural rules of court;" and limit inquiry concerning the application of Erie judicial dictation doctrine to the diversity of jurisdiction cases Erie is specifically applied, rather than considering its progeny of all case-law since 1938 being thus infected with its doctrine, becoming null, void, and unconstitutional.

61. All of Village of Addyston Magistrate Walter C. Wurster, Hamilton County Municipal Judge Curt Kissinger, Hamilton County Common Pleas Magistrate Bachman, Common Pleas Judge Ruehlaman, First District Court of appeals judge Russell J. Mock and Supreme Court of Ohio Judge Maureen O'Connor's orders/judgments, issued clothed with the authority of state law, acting under the color of state law in their facial, void for vagueness and overbreadth, suspect classification their deceptive and sinful corporate Rules, Regulatory, Statutory Assumptions, and Presumptions, victimless matter, as applied to biblical Israelite, rerum natura, and sui generis Oscar L. Washington Jr, are void ab initio and subject to strict scrutiny.

**EXAMPLES:**

"When a federa1 court app1ies state substantive 1aw, it must apply the law as decided by the highest court of the state whose 1aw governs the action." See *Erie R. CO. v. Tompkins*, 304 U.S. 64, 78, 58 S. Ct. 817, 82 L. Ed. 1188 (1938)

"[A] state court's interpretation of state law, including one announced on direct appeal of the challenged conviction, binds a federal court sitting in habeas corpus." Bradshaw v. Richey,

546 U.S. 74, 76, 126 S. Ct. 602, 163 L.Ed.2d 407 (2005); see also Pulley v. Harris, 465 U.S. 37, 41, 104 S. Ct. 871, 79 L.Ed.2d (1984). Estelle, 502 U.S. at 67-68 (1991) (it is not "the province of a federal habeas court to reexamine state-court determinations on state-1aw question."

 62. To laugh, and mock biblical Israelite, rerum natura, and sui generis Oscar L. Washington Jr 's arguments, is to mock Justice Butler, who for similar reasons dissented strongly against Erie. To fob off the argument as irrelevant to petitioner, because his court and Magistrate Walter C. Wurster, Municipal Judge Curt Kissinger, Common Pleas Magistrate Bachman, Common Pleas Judge Ruehlaman, Appeals judge Russell J. Mock and Ohio Judge Maureen O'Connor's are not sitting in diversity jurisdiction, is to overlook the foundational precedential effect Erie announced in what would then be subt1y app1ied to a11 so-ca11ed "common 1aw." The Redemption Manual petitioner cites in this demand for Writ of Habeas Corpus, Combined 42 U.S.C 1983 claim for Prospective Declaratory or Injunctive Relief predicate to Demand for Damages of Injuries is necessary to understanding the issue. Although biblical Israelite, rerum natura, and sui generis Oscar L. Washington Jr do not believe the UCC remedy advocated by such books is lawful or proper, the factual predicates in digesting and believing the effects of Erie is clear. All of the law holding biblical Israelite, rerum natura, and sui generis Oscar L. Washington Jr is unconstitutional! Even the so called "Unauthorize Practice" rule as applied to next friend and religious conduct.

 63. All of Village of Addyston Magistrate Walter C. Wurster, Hamilton County Municipal Judge Curt Kissinger, Hamilton County Common Pleas Magistrate Bachman, Common Pleas Judge Ruehlaman, First District Court of appeals judge Russell J. Mock and Supreme Court of Ohio Judge Maureen O'Connor's July 6, 2018, July 11, 2018, July 24, 2018 and August 2, 2018, issued orders are void ab initio as applied to biblical Israelite, rerum natura, and sui generis Oscar L. Washington Jr, and his next friend currently, are deemed final by

Biblical law, Common law, Constitutional law, Uniform Commercial Code law and the Clearfield Doctrine.

64.     Applying the Erie doctrine and Uniform Commercial Code nature to criminal law, allows for a specific governmental religious ministry of slavery intent to infringe upon, restrict, suppress or oppress religious beliefs, by undermining all constitutional rights. That the private powers manipulating our currency in violation of the gold clause of the U.S. Constitution, can also more easily manipulate our govt. by fixing the elections and creating clay men to create and enforce laws favorable to the interests of the private elite Federal Reserve Bankers. The laws are thus being used as renegotiated terms of the 1933 U.S. Bankruptcy with ever-tightening restrictions to generate greater power off the human commodity pledged as collateral to them. Micro managing their lives and playing G_d, forcing people to wear seat belts, what to eat, whom they may elect, what they may believe by control over the media (through law and debasement of currency), and now in petitioner's case, of engaging in conduct that constitutes an exercise of religion, chilling, regulating, kidnapping without consent and arresting biblical Israelite, rerum natura, and sui generis Oscar L. Washington Jr and Respondent(s)-Defendant(s) retaliating and conspiring against biblical Israelite, rerum natura, and sui generis Oscar L. Washington Jr for declaring the reservation of rights and asserting First, Fourth, Fifth, Sixth, Ninth, Tenth and Fourteenth Amendments to the United States Constitution, and Federal 18 U.S.C 241, 18 U.S.C 242, 42 U.S.C. 1983, 42 U.S.C § 1985, 42 U.S.C § 1986, 42 U.S.C § 1988, the Religious Freedom Restoration Act of 1993 (RFRA) and 42 U.S.C. § 2000bb, the Federal Kidnapping Act, the Adam Walsh Child Protection and Safety Act, Federal Statute 18 U.S. Code § 1201  in their color of law victimless facial, void ab initio for vagueness, overbreadth, and suspect classification matter that only apply to them in violation of the Eighth Amendment to the

United States Constitution, and the line in which he must tailor his conduct being painted ex post facto.

65.     The public policy being used as a limit on their power, to fool the masses, is constantly being eroded by media presenting and shaping popular opinion and testing the waters of oppression with a specific governmental religious ministry of slavery intent to infringe upon, restrict, suppress or oppress religious beliefs. The Patriot Act as an example completely doing away with the Fourth Amendment in the name of false-security, with its sneak-and-peak warrants that originally gained traction as applied to terrorist suspects, but now are only used in 1% of such cases and have broadened their application to all crime. If you do not see or recognize the effects of Erie creating a complete constitutional erosion to serve private criminal powers who are stealing everything away from the American people, you are blind!  It is a Catch-22 for a judge to admit to his own treasons.

66.     The Erie claim requires biblical Israelite, rerum natura, and sui generis Oscar L. Washington Jr's entire Writ Of Habeas Corpus, Combined 42 U.S.C 1983 claim for Prospective Declaratory or Injunctive Relief predicate to Demand for Damages of Injuries petition to be adjudicated on pre-Erie 28 U.S.C. § 2241 (1937 or earlier) true constitutional common law standards of public law.

67.     Thus, is AEDPA § 2254 nonetheless inapplicable, because it would limit a claim under a standard which has evolved as a progeny of it and is inherently being challenged as unconstitutional in the process. Therefore, AEDPA deference would be illogical and impossible. Under pre-Erie common law standards, the All of Village of Addyston Municipal Magistrate Walter C. Wurster, Hamilton County Municipal Judge Curt Kissinger, Hamilton County Common Pleas Magistrate Bachman, Common Pleas Judge Ruehlaman, operating on private

law, is absent all jurisdiction to kidnap without consent, transport, hold for civil revenue and criminal extortion or otherwise, adjudicate, thus convict biblical Israelite, rerum natura, and sui generis Oscar L. Washington Jr in violation of the commerce clause.

68.      Petitioner thus has a right to de novo review of the claims pursuant to Campbell v. Bradshaw, 674 F.3d 578, 585 (6th Cir. 2012) (quoting Williams v. Taylor, 529 U.S. 362, 412-13 (2000)); Appel v. Horn, 250 F.3d 203, 210 (3d Cir.2001). and Thomas v. Varner, 428 F.3d 491, 497 (3d Cir. 2005), of this Writ Of Habeas Corpus, Combined 42 U.S.C 1983 claim for Prospective Declaratory or Injunctive Relief predicate to Demand for Damages of Injuries.

69.      Biblical Israelite, rerum natura, and sui generis Oscar L. Washington Jr is challenging statutory government agents LaCourse, McWhorter, Pillow; Kelly; Wurster, Bishop, Pureval, Kissinger, Neil, Deters, Backhman, Thurner, Ruehlman's lack of Common Law Standing; lack of Article III standing; lack of Copus Delicti; lack of a real party in interest; lack of ratification of commencement; lack of a sworn complaint from a constitutional flesh and blood man or woman; lack of a Contract; *Village of Addyston Municipal Court,* Hamilton County Municipal Court, Hamilton County Common Pleas Court of Ohio lack of subject matter jurisdiction as applied to biblical Israelite, rerum natura, and sui generis Oscar L. Washington Jr; lack of jurisdiction over the particular matter as applied to biblical Israelite, rerum natura, and sui generis Oscar L. Washington Jr; lack of personal (personam) jurisdiction over biblical Israelite, rerum natura, and sui generis Oscar L. Washington Jr, lack of a Contract and lack of proper venue.

**The Clearfield Doctrine**

The Clearfield Doctrine, as set forth in Clearfield Trust Co. v. United States, 318 U.S. 363-371, states:

"Governments descend to the level of mere private corporation and take on the characteristics of a mere private citizen where private corporate commercial paper [i.e. Federal Reserve Notes] and securities i.e. [checks, etc] is concerned. ...For purposes of suit, such corporations and individuals are regarded as entities entirely separate from government." Bank of United States v. Planter's Bank, 9 Wheaton (22 U.S.) 904, 6 L. Ed. 24; U.S. v. Burr, 309 U.S. 242; In re King - Porter Co., CA 5th, 1971, 446 F.2d 722,732. And; See also 22 U.S.C.A. 286(e), the real party in interest is not the de jure "United States of America" or "State", but "The Bank" and "The Fund." (22 U.S.C.A. 286, et seq., C.R.S. 11-60-103).

"Governments lose their immunity and descend to level of private corporations when involved in commercial activity enforcing negotiable instruments, as in fines, penalties, assessments, bails, taxes, the remedy lies in the hand of the state and its municipalities seeking remedy." Rio Grande v. Darke, 167 P. 241. And; "Governments are corporations." Penhallow v. Doane, 3 Dallas 55. And; Private corporations and their officers are not immune from civil damages.

"The principles of estoppel apply against the state as well as individuals." (Cal. v. Sims, 32 C3d 468).

"a person appointed or elected to a position of responsibility or authority in government or a private organization." Random House *Webster's* Dictionary of the Law, p. 307.

70.     As such, government then becomes bound by the rules and laws that govern private corporations which means that if they intend to compel an individual to some specific performance based upon their corporate deceptive statutes or corporation rules, then the government, like any private corporation, must be the holder-in-due-course of a contract or other commercial agreement between it and the one upon whom demands for specific performance are made. And further, the government must be willing to enter the contract or commercial agreement into evidence before trying to get to the court to enforce its corporate demands, called statutes. Clearfield Trust Co. v. United States is very important because it is a 1942 case after the Erie RR v. Tomkins 304 U.S. 64, (1938) case in which the Legislatures and Judiciary changed from legislating under "Public Law", which was in consonance with the Constitution, to legislating under "Public Policy" according to the wishes of the "Creditors of the US Corporation". *Id.*

71.     Biblical Israelite, rerum natura, and sui generis Oscar L. Washington Jr has a fundamental choice to live his life and conduct his businesses as the Most High G_d Ahayah, Ba Ha Sham Yashaya Ha Messiah and Ruwach Ha Holy Spirit commands him and under common-law jurisdiction instead of statutory jurisdiction. Common Law is the law of the land, the law of the Constitution. Statutory law is legislated law.

The IRS makes this distinction between the two kinds of law:

> "1. Common law comprises the body of principles and rules of action relating to government and security of persons and property which derive their authority solely from usages and customs or from judgments and decrees of courts recognizing, affirming, and enforcing such usages and customs.
>
> 2. Statutory law refers to laws enacted and established by a legislative body." IRS Manual, page 5041.1 Section 222.1.

Much of the original U.S. common law has been codified in a single Federal statute, the Uniform Commercial Code.

> "The Code is complementary to the Common Law, which remains in force, except where displaced by the code." UCC 1-103.6.

The UCC provides the mechanism for making the choice between common law and statutory jurisdiction. It also states that the failure to make the choice results in the loss of common law rights.

> "When a waivable right or claim is involved, the failure to make a reservation thereof, causes a loss of the right, and bars its assertion at a later date." UCC 1-207.9.

> "The Sufficiency of the Reservation-Any expression indicating an intention to reserve rights, is sufficient, such as "without prejudice." UCC 1-308 formally (1-207.4).

### GROUND THREE

**The trial court, Magistrate Bachman, and Common Pleas Judge Ruehlaman, clothed with the authority of state law, acting under color of State law, ultra-vires beyond legal jurisdiction found petitioner guilty of**

NOTICE TO AGENT IS NOTICE TO PRINCIPAL; NOTICE TO PRINCIPAL IS NOTICE TO AGENT
Petition for Writ of Habeas Corpus

> **contempt of court, kidnapped without consent, imprisoned and restraining petitioner of his liberty and religious liberty, in their color of law victimless facial, void ab initio for vagueness, overbreadth, and suspect classification matter subject to strict scrutiny as applied to petitioner, in violation of fundamental right to assert, symbolic expression, to association with biblical Israelite nationality consciousness**

Its OK to practice God`s law without a license, Luke 11:52, God`s Law was here first! "There is a higher loyalty than loyalty to this country, loyalty to God" *U.S. v. Seeger*, 380 U.S. 163, 172, 85 S. Ct. 850, 13 L. Ed. 2d 733 (1965).

72. *Spence v. Washington*; *United States v. O'Brien*, and TEXAS V. JOHNSON, are the root decision that spread out the facial vague and overbreadth attack now applicable to overcome the First Amendment right to engage in symbolic expression. *Id*. If biblical Israelite, rerum natura, and sui generis Oscar L. Washington Jr; uses a symbolic expression with the intent to communicate a specific message and under circumstances in which the audience is likely to understand its meaning, the government may not regulate that expression unless the regulation serves a significant societal interest unrelated to the suppression of ideas (*Spence v. Washington*, 418 U.S. 405, 94 S. Ct. 2727, 41 L. Ed. 2d 842 [I974]; United States v. O'Brien, 391 U.S. 367, 88 S. Ct. 1673, 20 L. Ed. 2d 672 [1968]). Applying this standard, the U.S. Supreme Court overturned the conviction of a person who had burned the American flag in protest over the policies of President RONALD REAGAN (TEXAS v. JOHNSON, 491 U.S. 397, 109 S. Ct. 2533, 105 L. Ed. 2d 342 [1989])., to overcome the First Amendment right to engage in symbolic expression. *NAACP v Alabama*, 357 U.S. 449 (1958); elaborated on in *Roberts v United States Jaycees*, 468 U.S. 609 (1984). See also NAACP v Button, 371 U.S. 415 (1963).

73. None of the Judges in their/this victimless matter have the power or authority to Chill or to Regulate biblical Israelite rerum natura and sui generis Oscar L. Washington Jr or his next friend Religious Beliefs, expression, conscious, right to association or to disassociation, right to travel/move, right to an Israelite nationality, to kidnap or to hold petitioner, biblical

Israelite rerum natura and sui generis Oscar L. Washington Jr without consent for civil revenue and criminal extortion or otherwise because he refused to waive his rights to exercise religion beliefs, and for bringing a counterclaim for violations of the First, Fifth, and Fourteenth Amendments protection to the United States Constitution, in their/this color of law victimless, facial, void ab initio for vagueness, overbreadth, and suspect classification matter in violation of the Eighth Amendment to the United States Constitution, in excessive civil revenue and criminal extortion or otherwise committing unusual punishment, using the civil revenue and criminal extortion or otherwise as a bond instrument of oppression with a specific governmental religious ministry of slavery intent to infringe on, restrict, suppress, oppress and to chill religious beliefs after petitioner read off a list of rights that states:

1. I DEMAND that my right to speak not be chilled.

2. According to Article I, section 11 of the Ohio Constitution and the First Amendment to the United States Constitution. I have a right to speak.

3. I am here by special appearance and reserve all my rights under the Uniform Commercial Code UCC 1-308, formally UCC 1-207.

4. I am not here to make a plea in this victimless facial, void for vagueness, overbreadth, and suspect classification matter

5. I do not stand under this Court or any Judge making a plea on my behalf in this victimless facial, void for vagueness, overbreadth, and suspect classification matter.

6. THAT'S UNLAWFUL PRACTICE OF LAW FROM THE BENCH AND WITHOUT MY CONSENT.

7. I stand under my common law compulsory counterclaim.

8. I do not want an attorney at this time. I have a common law and constitutional attorney-in-fact that handles that matter.

9. I challenge everyone in this color of law and victimless matter Common law Standing and Article III Standing.

10. I challenge the Court and the Judge in this matter lack of (personam) personal jurisdiction over me.

11. There is no corpus delicti in this matter, there is no victim in this matter other than me.

NOTICE TO AGENT IS NOTICE TO PRINCIPAL; NOTICE TO PRINCIPAL IS NOTICE TO AGENT
Petition for Writ of Habeas Corpus

12. I stand under the demand to quash this color of law victimless facial, void for vagueness, overbreadth, and suspect class matter.

13. I stand under the Affidavit of Sovereignty and Power of Attorney that was mailed and filed in this matter on July 3, 2018 and faxed to everyone. Even the Judge on July 3, 2018 without the words copy only.

14. The correct case number for those documents is "**B 1803596**"

15. I stand under Article I, section 11 of the Ohio Constitution that states: "Every citizen may freely speak, write, and publish his sentiments on all subjects, being responsible for the abuse of the right; and no law shall be passed to restrain or abridge the liberty of speech, or of the press.

16. I stand under Article I, section 3 of the Ohio Constitution that states: "That all men have a natural and indefeasible right to worship Almighty God according to the dictates of conscience; that no human authority can, in any case whatever, control or interfere with the rights of conscience; that no man shall be compelled to attend, erect or support any place of worship, or to maintain any ministry, against his consent, and that no preference shall ever be given, by law, to any religious society or mode of worship"

17. I stand under the 1st Amendment to the United States of America Constitution that states: "Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

18. I stand under Article I, section I of the Ohio Constitution that states: " All men are, by nature, free and independent, and have certain inalienable rights, among which are those of enjoying and defending life and liberty, acquiring, possessing, and protecting property, and seeking and obtaining happiness and safety."

19. I stand under Article I, section 2 of the Ohio Constitution that states: " All political power is inherent in the people. Government is instituted for their equal protection and benefit, and they have the right to alter, reform, or abolish the same, whenever they may deem it necessary; and no special privileges or immunities shall ever be granted, that may not be altered, revoked, or repealed by the General Assembly."

20. I stand under Article I, section 16 of the Ohio Constitution that states: "All courts shall be open, and every person, for an injury done him in his land, goods, person, or reputation, shall have remedy by due course of law, and shall have justice administered without denial or delay."

21. I stand on the 5th Amendment to the United States of America Constitution that states: "No person shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

22. I stand under the 14th Amendment to the United States of America Constitution that states: "No State shall deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws."

23. I stand under the demand to quash, Affidavit of Sovereignty and Power of Attorney that was mailed and filed in this matter on July 3, 2018 and faxed to everyone. Even the Judge on July 3, 2018.

24. I also stand under the UCC FINANCING STATEMENT AMENDMENT (UCC 3) and the AMENDED SECURITY AGREEMENT that were faxed to all of you on July 4, 2018, Affidavit of Sovereignty and Power of Attorney without the words copy only.

25. If you have any questions, please refer to the document that was mailed, filed and faxed in this matter on July 3, 2018 by my father, my common law next friend and my power of attorney-in-fact. Thank You.

subject to strict scrutiny in violation of Religious Freedom Restoration Act of 1993 (RFRA), and

42 U.S.C. § 2000bb.

### Chilling Effect

"A discouraging or deterring effect on the behaviour of an individual or group, especially the inhibition of the exercise of a constitutional right, such as freedom of speech, through fear of legal action."

https://en.oxforddictionaries.com/definition/chilling_effect

74.     The U.S. Supreme Court has held that no compelling societal interest would be served by actions that conflict with deeply held religious beliefs, such as coercing members of the Jehovah's Witnesses to salute the U.S. flag in public schools (*West Virginia State Board of Education v. Barnette*, 319 U.S. 624, 63S. Ct. 1178, 87 L. Ed. 1628 [1943]); denying unemployment benefits to Seventh-Day Adventists who refuse to work on Saturdays (*Sherbertv. Verner*, 374 U.S. 398, 83 S. Ct. 1790, 10 L. Ed. 2d 965 [1963]); or requiring Amish families to keep their children in state schools until the age of 16 (*Wisconsin v. Yoder*, 406 U.S. 205, 92 S.Ct. 1526, 32 L. Ed. 2d 15 [1972]). subject to interpretation and suspect classification as applied to petitioner/plaintiff and other persons Similarly Situated in violation of Religious Freedom

Restoration Act of 1993 (RFRA), 42 U.S.C. § 2000bb, the First, Thirteenth and Fourteenth Amendments to the United States Constitution; (1) the failure of Appeal Court to grant petitioner's July 10, 2018 Writ of Habeas Corpus "Application for Relief" with and dispositive compulsory counterclaim violates equal protection, and due process rights; (2) maliciously and corruptly committing a meaningful error in judgment, ultra-vires beyond legal jurisdiction, discriminating and prejudicial to Petitioner. *Id.*

75. Respondent(s)/Defendant(s) out of retaliation and conspiracy hindered Petitioner/Plaintiff right to know the Jurisdiction **(Common Law Jurisdiction? Admiralty/Maritime Jurisdiction? Criminal Jurisdiction or Statutory Jurisdiction?)** nature and cause and accusations being brought against him and how to make an informed decision to build his defense against the alleged (Plaintiff(s)) accuser and alleged charges, depriving him of his liberty and religious liberty resulting in unlawfully enforced plea of not guilty, practicing law from the bench in violation of the Sixth Amendment to the United States Constitution, petitioner gave actual and constructive notice of challenge and attack on June 4, 2018, June 29, 2018, July 3, 2018, July 10, 2018, and July 23, 2018, against Respondent(s)-Defendant(s) through Criminal Rule 12(C)(1) Defenses and objections based on defects in the institution of the prosecution, moving the Hamilton County Municipal and Common Pleas Court Criminal/Civil Division, heard by Municipal Judge Curt Kissinger or Common Pleas Judge Robert P. Ruehlaman with compulsory counterclaim, demand to quash the matter for (1) lack of corpus delecti; (2) lack of Article III standing, (3) lack of common law Standing, (4) lack of Real Party In Interest Ohio Civil Rule 17(A), (5) lack of jurisdiction over the subject matter, (6) also pursuant to Civ.R. 12 (B) lack of jurisdiction over the person, (7) improper venue, (8) insufficiency of process, (9)

insufficiency of service of process, (10) lack of ratification of commencement; (11) lack of a

contract And (12) lack of Consent to be sued, (13) failure to join the real party in interest.

### WHO IS THE CONSTITUTIONAL INJURED PARTY OF SO CALLED UNAUTHORIZED PRACTICE OF LAW AND WHO HAS STANDING OR HOLD A CONTRACT TO BRING CHARGES OF SO CALLED UNAUTHORIZED PRACTICE OF LAW IN RESPONDENT(S)-DEFENDANT(S) VICTIMLESS MATTER?

"Federal law & Supreme Court cases apply to state court cases." - Howlett v. Rose, 496 U.S. 356 (1990).

1.      THAT "With no injured party, a complaint is invalid on its face." Gibson v. Boyle, 139 Ariz. 512 (1983)

2.      THAT "Every state law must conform in the first place to the Constitution of the United States, and then to the subordinate constitution of the particular state; and if it infringes upon the provisions of either, it is so far void." - Houston v. Moore, 18 U.S. 1; 5 L.Ed. 19 (1820)

3.      THAT "No state may convert a secured liberty right into a privilege, issue a license and fee for it." (Murdock vs Pennsylvania 319 US 105 (1943))

4.      THAT "The practice of Law is an occupation of common right, the same being a secured liberty right." (Sims v. Aherns, 271 S.W. 720 (1925))

5.      THAT "Members of groups who are competent nonlawyers can assist other members of the group achieve the goals of the group in court without being charged with "Unauthorized practice of law."NAACP v. Button, 371 U.S. 415 (1963); United Mineworkers of America v. Gibbs, 383 U.S. 715 (1966); and Johnson v. Avery 89 S. Ct. 747 (1969).

6.      THAT "Litigants may be assisted by unlicensed layman during judicial proceedings." Brotherhood of Trainmen v. Virginia ex rel. Virginia State Bar, 377 U.S. 1 (1964); Gideon v. Wainwright 372 U.S. 335 (1963); Argersinger v. Hamlin, Sheriff 407 U.S. 425 (1972).

7.      THAT "The practice of Law cannot be licensed by any state/State." Schware v. Board of Examiners," 353 U.S. 238, 239 (1957) THAT "If the state converts a liberty into a privilege, the citizen can engage in the right with impunity." Shuttlesworth v. Birmingham, 373 US 262 (1969)

8.      THAT "If you've relied on prior decisions of the Supreme Court you have a perfect defense for willfulness." U.S. v. Bishop, 412 U.S. 346 (1973), as "The claim and exercise of a Constitutional right cannot be converted into a crime." Miller v. U.S., 230 F.2d. 486, 489 (5th Cir. 1956).

9.      THAT "Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them." Miranda v. Arizona, 384 U.S. 436, 86 S. Ct. 1602, 16 L.Ed. 2d 694 (1966)

NOTICE TO AGENT IS NOTICE TO PRINCIPAL; NOTICE TO PRINCIPAL IS NOTICE TO AGENT
Petition for Writ of Habeas Corpus

10. THAT "Should any state convert any right to work into a privilege, issue a license and charge a fee, the same is unconstitutional, void, and without effect in law." Marburry vs Madison, 5 US 137 (1803)

11. THAT "Anything that is a right cannot be subject to conditions or licensing." Lane v. Wilson, 307 U.S. 268, 275 (1939).

12. THAT "No sanction can be imposed absent proof of jurisdiction." Standard v. Olsen, 74 S. Ct. 768; Title 5 U.S.C., Sec. 556 and 558

13. THAT "Each citizen acts as a private attorney general who 'takes on the mantel of sovereign'," Wood v. Breier, 54 F.R.D. 7, 10-11 (E.D. Wis. 1972). Frankenhauser v. Rizzo, 59 F.R.D. 339 (E.D. Pa. 1973). See attached Affidavit of Sovereignty. Exhibit A.

76. The Ohio "Unauthorized Practice of Law" statutory rule and regulation is facially void ab initio for vagueness in all of its applications, and places a substantial burden as applied to exercise of religious beliefs, symbolic expression, freedom of conscience, right to assemble and the next friend standing of Diplomatic biblical Israelite clergy natura and sui generis Ammiyhuwd and Biblical Israelite rerum natura and sui generis Oscar L. Washington Jr spiritual and religious conduct in violation of the First and Fourteenth Amendments to the United States Constitution, and Article I, Section 7 of the Ohio Constitution. Coates v. Cincinnati, 402 U.S. 611, 91 S.Ct. 1686, 29 L.Ed.2d 214 or if vague as applied, Parker v. Levy, 417 U.S. 733, 753-758, 94 S.Ct. 2547, 2560-2563, 41 L.Ed.2d 439.

First Amendment to the United States Constitution "Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances."

Fourteenth Amendment to the United States Constitution "No State shall deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws."

Article I, Section 7 of the Ohio Constitution "All men have a natural and indefeasible right to worship Almighty God according to the dictates of their own conscience. No person shall be compelled to attend, erect, or support any place of worship, or maintain any form of worship, against his consent; and no preference shall be given, by law, to any religious society; nor shall

any interference with the rights of conscience be permitted. No religious test shall be required, as a qualification for office, nor shall any person be incompetent to be a witness on account of his religious belief; but nothing herein shall be construed to dispense with oaths and affirmations. Religion, morality, and knowledge, however, being essential to good government, it shall be the duty of the General Assembly to pass suitable laws, to protect every religious denomination in the peaceable enjoyment of its own mode of public worship, and to encourage schools and the means of instruction."

## Federal habeas corpus statute, 28 U.S.C. 2254
## and combined 42 U.S.C. 1983 claim

77. This case lies at the intersection of the two most fertile sources of federal court prisoner litigation - the Civil Rights Act of 1871, Rev. Stat. 1979, as amended, 42 U.S.C. 1983, and the federal habeas corpus statute, 28 U.S.C. 2254. Both of these provide access to a federal forum for claims of unconstitutional treatment at the hands of state officials, but they differ in their scope and operation. In general, exhaustion of state remedies "is not a prerequisite to an action under 1983," *Patsy v. Board of Regents of Fla.*, 457 U.S. 496, 501 (1982) (emphasis added), even an action by a state prisoner, id., at 509. The federal habeas corpus statute, by contrast, requires that state prisoners first redress in a state forum. 3 See Rose v. Lundy, 455 U.S. 509 (1982).

78. Biblical Israelite rerum natura and sui generis Oscar L. Washington Jr sues and counterclaim for damages and injury in the amount of $30,000,000.00 million dollars for: (1) Breach of Oath Contract; (2) Denial of proper Warrant; (3) Denial of Claim of Special Appearance; (4) Denial of Reasonable Defense Arguments; (5) Denial of Access to All Evidence; (6) Denial to Right to Truth in Evidence; (7) Attempted Slavery; (8) Kidnapping without consent (9) Compensatory damages; (10) Punitive damages; (11) Nominal damages; (12) Intentional Infliction of Emotional Distress (IIED) damages for infringement, and deprivation of fundamental rights on the grounds of fraudulent proceedings.

79.     The legality of the restraint was not previously adjudicated, and no previous applications for the writ has been made with the exception of July 10, 2018 Writ of Habeas Corpus filed with the First District Ohio Court of appeals.

## **Conclusion and Claims for Relief**

### I.      **STATUTORY VIOLATION**

1.  Petitioner re-alleges and incorporates by reference paragraphs 1 through 78, above.

2.      Respondent(s)-Defendant(s)'     State     judgment(s)/retainer(s)     imposing enforcement of void ab initio contempt of court orders without hearings,  extradition is unconstitutional and contravenes the First, Fourth, Fifth, Sixth, Eight, Ninth, Tenth and Fourteenth Amendments to the United States Constitution, Religious Freedom Restoration Act of 1993 (RFRA), 42 U.S.C. § 2000bb, Commerce Claus, the Federal Kidnapping Act, the Adam Walsh Child Protection and Safety Act, and Federal Statute 18 U.S. Code § 1201 claims, and the Supreme Court of the United States.

3.      Biblical Israelite rerum natura and sui generis Oscar L. Washington Jr is restraint by state judgment(s)/retainer(s), Citation, Complaint, Indictment, Information, Affidavit, notice to appear imposing enforcement of their victimless matter against biblical Israelite, rerum natura, and sui generis Oscar L. Washington Jr; are void and unconstitutional ab initio.

### **II. SUBSTANTIVE DUE PROCESS VIOLATION**

1.      Petitioner re-alleges and incorporates by reference paragraphs 1 through 78, above.

2.      State judgment(s)/retainer(s), imposing enforcement of kidnapping without consent, civil revenue and criminal extortion or otherwise, deprivation and infringement, fundamental protected rights, and religious belief, under unlawful detention violates biblical

Israelite, rerum natura, and sui generis biblical Israelite, rerum natura, and sui generis Oscar L. Washington Jr's right to substantive due process through a deprivation of the core liberty interest in freedom from bodily restraint.

3.     The Due Process Clause of the Fifth and Fourteenth Amendments requires that the deprivation of biblical Israelite, rerum natura, and sui generis Oscar L. Washington Jr's liberty interest be narrowly tailored to serve a compelling government interest.

### III. PROCEDURAL DUE PROCESS VIOLATION

1.     Petitioner re-alleges and incorporates by reference paragraphs 1 through 78, above.

2.     Under the Due Process Clause of the Fifth and Fourteenth Amendments, biblical Israelite, rerum natura, and sui generis Oscar L. Washington Jr; is entitled to a timely and meaningful opportunity to demonstrate that he should not be retained and/or detained. Biblical Israelite, rerum natura, and sui generis biblical Israelite, rerum natura, and sui generis Oscar L. Washington Jr; in this case has been denied that opportunity. The failure of Respondent(s)-Defendant(s) to provide a neutral decision maker to review the unconstitutional retainment or continued unconstitutional custody of biblical Israelite, rerum natura, and sui generis Oscar L. Washington Jr; violates biblical Israelite, rerum natura, and sui generis Oscar L. Washington Jr's right to procedural due process.

### IV.     EQUAL PROTECTION VIOLATION

3.     Petitioner re-alleges and incorporates by reference paragraphs 1 through 78, above.

4.     The Equal Protection Clause of the Fourteenth Amendment requires that the government treat similarly situated persons alike.

5.      Pursuant to its victimless prosecution policy, practice, or customs, Respondent(s)-Defendant(s) allow so called Blacks, so called African Americans and other persons Similarly Situated, clothed with the authority of state law, acting under color of state law, ultra-vires beyond legal jurisdiction to be convicted and prosecuted in victimless matters of their choice.

6.      But Respondent(s)-Defendant(s) have denied biblical Israelite, rerum natura, and sui generis Oscar L. Washington Jr; the ability to join together in religious expression choice not to be involved in any their victimless prosecution policy, practice, or customs matters (that only apply to them), simply because of the religious content and viewpoints of their free exercise, expression of religion, freedom of conscience and Israelite nationality.

7.      By discriminating against the religious content and viewpoint of biblical Israelite, rerum natura, and sui generis Oscar L. Washington Jr, and other like-minded biblical Israelites' free exercise, expression of religion, freedom of conscience and Israelite nationality, Respondent(s)-Defendant(s) are treating biblical Israelite, rerum natura, and sui generis Oscar L. Washington Jr; and common law next friend, Diplomatic biblical Israelite clergy natura and sui generis Ammiyhuwd differently than other similarly situated defendants on the basis of their religion, a protected classification.

8.      Respondent(s)-Defendant(s)' victimless matters, clothed with the authority of State law, acting under color of state law prosecution policy, practice, or customs violate various fundamental rights of biblical Israelite, rerum natura, and sui generis Oscar L. Washington Jr, including free exercise, expression of religion, freedom of conscience, Israelite nationality and exercise of the right of assembly.

9.      When government regulations, like the Respondent(s)-Defendant(s)' victimless matters, clothed with the authority of State law, acting under color of state law prosecution

policy, practice or customs challenged herein, infringe on such fundamental rights, discriminatory intent is presumed.

10.     Respondent(s)-Defendant(s)' victimless, clothed with the authority of State law, acting under color of state law prosecution matter policy, practice, or customs have also been applied to intentionally discriminate against biblical Israelite, rerum natura, and sui generis Oscar L. Washington Jr's rights of free exercise, expression of religion, freedom of conscience and Israelite nationality.

11.     Respondent(s)-Defendant(s) lack a rational or compelling state interest for such disparate treatment of biblical Israelite, rerum natura, and sui generis Oscar L. Washington Jr; and other like-minded religious biblical Israelites.

12.     Respondent(s)-Defendant(s) discrimination against biblical Israelite, rerum natura, and sui generis Oscar L. Washington Jr is not narrowly tailored to serve a compelling state interest.

13.     Accordingly, Respondent(s)-Defendant(s)' victimless, clothed with the authority of State law, acting under color of state law prosecution matter policy, practice, or customs prohibiting biblical Israelite, rerum natura, and sui generis Oscar L. Washington Jr and common law next friend, Diplomatic biblical Israelite clergy natura and sui generis Ammiyhuwd from assembling and discussing matters solely because of the religious nature of their free exercise, expression of religion, freedom of conscience and Israelite nationality violates biblical Israelite, rerum natura, and sui generis Oscar L. Washington Jr's right to equal protection of the laws as guaranteed by the Fourteenth Amendment to the United States Constitution.

**WHEREFORE**, based on the forgoing, retaliation, conspiracy, vindictiveness, racial selective prosecution, through the use of excessive force, assault and battery; kidnaping without

consent, false imprisonment; ultra-vires fraud, contracts of adhesions, deprivation and infringement of fundamental rights of a suspect class, and other parties similar situated; in violation of the Eighth Amendment to the United States Constitution, excessive civil and criminal extortion or otherwise committing unusual punishment, using the civil and criminal extortion or otherwise as bond instrument of oppression with a specific governmental religious ministry of slavery intent to infringe on, restrict, suppress and chill free exercise, expression of religion, freedom of conscience and Israelite nationality, facially void ab initio vagueness, overbreadth as applied, subject to strict scrutiny, biblical Israelite, rerum natura, and sui generis Oscar L. Washington Jr; prays that the Court grant the following relief:

1.    Assume jurisdiction over this matter;

2.    Order Petitioner's immediate release on personal recognizance, without surety Pending Review of Decision Ordering Release;

3.    Grant Petitioner's writ of habeas corpus enjoining Respondent(s)-Defendant(s), clothed with the authority of state law, acting under color of State law, ultra-vires beyond legal jurisdiction, intentional, willful, malicious, unlawful, illegal, gross negligent and unconstitutional deprivation and infringement of fundamental rights to free exercise, expression of religion, freedom of conscience and association with Israelite nationality in their facial, void ab initio for vagueness, overbreadth, and suspect classification victimless matter, kidnapping without consent for civil and criminal extortion or otherwise for petitioner, suppression and chilling petitioners religious beliefs And;

4.    Issue an order directing Respondent(s)-Defendant(s) to show cause why the writ of habeas corpus should not be granted And;

5.      Expedite consideration of this action pursuant to 28 U. S. C. § 1657 because it's

an action brought under chapter 153 (habeas corpus) of Title 28 And;

6.      Grant any other and further relief to address petitioner's counter claim as the

Court deems just and proper in the interest of justice.

7.      I declare (or certify, verify, or state) under penalty of perjury under the laws of the

United States of America pursuant to 28 U.S. Code § 1746(1) that the foregoing is true and

correct. Respectfully Executed on the 2̶0̶ 21st, day of August 2018.

                          Oscar L. Washington Jr.

                By: Achashverosh Adnah Ammiyhuwd, sui juris, by
                special appearance, next friend of Sovereign: Achashverosh Adnah
                Ammiyhuwd Common Law Next Friend, Authorized Spiritual
                Advisor for Oscar Lee Washington Jr and/or OSCAR LEE
                WASHINGTON JR ™ ens legis and all derivatives there of
                Uniform Commercial Code UCC §§ 1-201(37)(39); UCC 3-401
                and UCC 3-402(b) (1)

                In c/o P.O. Box 1542
                Non-Domestic-without US, 28 U.S.C. § 1746(1)
                Valparaiso, Indiana Zip Code Exempt [DMM 602 1.3e (2)]
                Real Land North America
                Phone: 443-350-4567
                Email: Achashverosh@hotmail.com

No assured value, No liability. Errors & Omissions Excepted. All Rights Reserved.
     WITHOUT PREJUDICE – WITHOUT RECOURSE – NON-ASSUMPSIT

State of Ohio Republic            )
                                  ) ss.
County of Hamilton

                          VERIFICATION

        The undersigned, biblical Israelite Diplomatic clergy rerum natura and sui generis

Achashverosh Adnah Ammiyhuwd, having been duly sworn, says and deposes that he is Next

Friend, Common Law and Spiritual Advisor of record for biblical Israelite, rerum natura, and sui

generis Oscar L. Washington Jr in this facial, vague and overbreadth matter, that the factual

allegations contained herein are all derived from undersigned Common Law Next Friend, and

Constitutional Attorney-In-Fact and Spiritual Advisor firsthand knowledge and examination of

the court file in the Petitioner's case available from the Clerk of Court, and that on the basis of

undersigned Common Law Next Friend, Constitutional Attorney-In-Fact and Spiritual Advisor

clergy examination of these documents, and court proceedings, undersigned Common Law Next

Friend, Constitutional Attorney-In-Fact and Spiritual Advisor is informed and believes the

allegations herein to be true and accurate.

 I declare (or certify, verify, or state) under penalty of perjury under the laws of the United

States of America that the foregoing is true and correct. Executed on August 2̶0̶, 21st 2018., without

the U.S., 28 U.S.C. 1746(1).

Oscar L. Washington Jr.

By: _____

Sovereign: Achashverosh Adnah Ammiyhuwd
Common Law Next Friend, and Authorized
Constitutional Spiritual Advisor and clergy for Oscar Lee
Washington Jr and/or OSCAR LEE WASHINGTON JR ™
ens legis and all derivatives there of Uniform Commercial
Code UCC §§ 1-201(39); UCC 3-401 and UCC 3-402(b)
(1)

In c/o P.O. Box 1542
Non-Domestic-without US, 28 U.S.C. § 1746(1)
Valparaiso, Indiana Zip Code Exempt [DMM 602 1.3e (2)]
Real Land North America
Phone: 443-350-4567
Email: Achashverosh@hotmail.com

## NOTARY PUBLIC CERTIFICATION

BEFORE ME, the under signed authority, a Notary Public, of the County Hamilton state of
Ohio republic, this 2̶0̶th̶ 21st Jl, day of August, year 2018, the above signed rerum natura, sui generis
man did appear and was identified by (circle one): driver's license/passport/other and who, upon
first being duly sworn and/or affirmed, deposed and says that the foregoing asseveration is true
to the best of his/her knowledge and belief

 NOTICE TO AGENT IS NOTICE TO PRINCIPAL; NOTICE TO PRINCIPAL IS NOTICE TO AGENT
Petition for Writ of Habeas Corpus

I certify under PENALTY OF PERJURY under the laws of the State of Ohio republic that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Signed _____

Printed Name  Steven Karnes

Date August __2 1__, 2018

My Commission Expires  11 / 18 / 2020

STEVEN KARNES
NOTARY PUBLIC
STATE OF OHIO
MY COMMISSION
EXP: 11/18/2020

Cc:

Organization of American States (OAS);

Luis Almagro
OAS General Secretary
Street and Constitution Ave., NW
Washington, D.C., 20006-4499
Phone: 1 (202) 370 5000
Fax: (202) 458 3967
Email: mbustillo@oas.org

Benjamin C. Glassman, US assistant Attorney General

US Attorney
221 E 4th St #400
Cincinnati, OH 45202
Phone: (513) 684-3711
Fax: 614-469-5653 cop

# The Supreme Court of Ohio

FILED

AUG -2 2018

CLERK OF COURT
SUPREME COURT OF OHIO

State of Ohio ex rel. Oscar Washington, Jr.

v.

Sheriff Jim Neil, et al.

Case No. 2018-1010

E N T R Y

On July 23, 2018, this case was initiated by the filing of a notice of appeal that indicated it was filed by "Achashverosh Adnah Ammiyhuwd, Constitutional Attorney-In-Fact for Oscar Washington, Jr." S.Ct.Prac.R. 2.01(A)(1)(b) states that "[o]nly persons who are attorneys qualified pursuant to division (A)(1)(a) of this rule may file documents on behalf of another person or entity." Review of the records of the Office of Attorney Services of the Supreme Court reveals that there is no Ohio registered attorney named Achashverosh Adnah Ammiyhuwd, nor is there any record of an out-of-state attorney registered for pro hac vice status with the name Achashverosh Adnah Ammiyhuwd.

Because Achashverosh Adnah Ammiyhuwd is not an attorney permitted to file documents on behalf of another person or entity, it is ordered by the court, sua sponte, that the name Achashverosh Adnah Ammiyhuwd is stricken from all documents filed in case No. 2018-1010.

It is further ordered that Achashverosh Adnah Ammiyhuwd is prohibited from filing any documents in this case, or any other case, on behalf of Oscar Washington, Jr., or any other person or entity.

It is further ordered that the clerk's office shall forward copies of the documents in this case to the Board of Unauthorized Practice of Law for investigation and review as it deems appropriate.

It is further ordered that appellant, Oscar Washington, Jr., shall file an amended notice of appeal, either pro se or with the assistance of an attorney qualified pursuant to S.Ct.Prac.R. 2.01(A)(1)(a), within 30 days of the date of this entry or this case shall be dismissed.

(Hamilton County Court of Appeals; No. C-180391)

Maureen O'Connor
Chief Justice

**The Official Case Announcement can be found at http://www.supremecourt.ohio.gov/ROD/docs/**



D122443370

**IN THE COURT OF APPEALS**

**FIRST APPELLATE DISTRICT OF OHIO**

**HAMILTON COUNTY, OHIO**

ENTERED
JUL 11 2018

STATE OF OHIO EX REL. OSCAR
WASHINGTON, JR.,

APPEAL NO. C-180391

      Petitioner,

vs.

ENTRY OF DISMISSAL

SHERIFF JIM NEIL, et al.,

      Respondents.


This cause came on to be considered upon Petition for a Writ of Habeas Corpus filed herein on July 10, 2018.

The Court hereby sua sponte strikes the Petition because it is not signed by the Petitioner or an attorney at law as required by Civ.R. 11. Accordingly, the Petition is hereby dismissed.


**To The Clerk:**

**Enter upon the Journal of the Court on** _7/11/18_ **per order of the Court.**

By: _____
          Presiding Judge

(Copy sent to counsel)

dis-ss4.doc

ENTERED
JUL 06 2018

COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

IN RE:                                          :           Case No. M 1 8 0 7 6 1

     **CONTEMPT OF COURT**    :           Judge Hartman

                                                 :     <u>ENTRY FINDING OSCAR LEE WASHINGTON</u>
                                                       <u>GUILTY OF CONTEMPT OF</u>
                                                 :     <u>COURT AND IMPOSING PENALTY</u>

---

On July 6, 2018 Oscar Lee Washington committed an act of direct, criminal contempt which obstructed the administration of justice,[1] to wit:

During the arraignment in case B1803596 before the Common Pleas Magistrate in Hamilton County Common Pleas Court, wherein Oscar Lee Washington disobeyed an order of the court. Oscar Lee Washington stated he did not want representation by counsel and wished to represent himself. Oscar Lee Washington proceeded with a long soliloquy citing facts and law that were irrelevant to the issue of bond. After several minutes, the court eventually ordered Oscar Lee Washington to stop speaking so the arraignment could proceed. Oscar Lee Washington refused to stop speaking and he continued to speak over the court.

The court finds beyond a reasonable doubt that Oscar Lee Washington is guilty of a direct criminal contempt and imposes a sentence of three (3) days of confinement for his disrespectful behavior and for interfering with the administration of justice.[2]

**MICHAEL L. BACHMAN,**
**MAGISTRATE**
**COMMON PLEAS COURT**

D122395385

[1] / See Ohio Rev. Code § 2705.01 (West 2013).
[2] / Magistrate's have authority to impose contempt sanctions under Ohio Civil Rule 53(D)(8).
"(8) *Contempt in the presence of a magistrate.* (a) *Contempt order.* Contempt sanctions under Civ.R. 53(C)(2)(f) may be imposed only by a written order that recites the facts and certifies that the magistrate saw or heard the conduct constituting contempt.
(b) *Filing and provision of copies of contempt order.* A contempt order shall be filed and copies provided forthwith by the clerk to the appropriate judge of the court and to the subject of the order."

**Friday, August 17, 2018**

Survey    Document Login    0

**HAMILTON COUNTY**
# CLERK OF COURTS
## AFTAB PUREVAL
1000 Main St, Cincinnati, OH 45202

Contact Us    Search…

| GENERAL INFORMATION | PAY ONLINE | FORMS | OUR OFFICE | RECORDS SEARCH | TITLES & PASSPORTS |

# Case Summary

| | |
|---|---|
| Case Number: | B 1803596 |
| Court: | Common Pleas Criminal |
| Municipal Case Number: | C/18/CRA/15882 |
| Case Caption: | STATE OF OHIO vs. OSCAR LEE WASHINGTON |
| Judge: | ROBERT P RUEHLMAN |
| Filed Date: | 06/26/2018 |
| Case Type: | 4 - SUMMONS ON INDICTMENT |
| Race: | BLACK - AFRICAN AMERICAN |
| Sex: | M |
| Age: | 21 |
| Date of Birth: | 11/16/1996 |
| Bond Amount: | NO BOND(RETAINED IN CUSTODY) |
| Count:1 | CARRYING CONCEALED WEAPONS 2923-12A2 ORCN |
| Count:2 | IMPROPERLY HANDLING FIREARMS IN A MOTOR VEHICLE 2923-16B ORCN |
| Count:3 | HAVING WEAPONS WHILE UNDER DISABILITY 2923-13A2 ORCN |

## Case History

Show All Rows

| Date | Description | Amount | Doc | Image# |
|---|---|---|---|---|
| 07/26/2018 | ENTRY OF CONTINUANCE TO 10/30/2018 | | | |
| 07/25/2018 | ENTRY REMANDING DEFENDANT WITHOUT BOND | | | |
| 07/24/2018 | ENTRY WITHDRAWING AS COUNSEL | | | |
| 07/13/2018 | MOTION TO WITHDRAWAL AS COUNSEL | | | |
| 07/09/2018 | SUNDRY ( CHECK ISSUED TO : ) RAMONA LYNN BURGIN FUNSCH Checkno 324205 C/18/CRA/15882 | 90.00 | | |
| 07/09/2018 | FILING | | | |
| 07/06/2018 | HAMILTON COUNTY SHERIFF: SUMMONS RETURNED, SERVED PERSONALLY UPON SAID DEFENDANT BY LISA PANGALLO, DEPUTY | | | |
| 07/06/2018 | PLEA OF NOT GUILTY ENTERED AT ARRAIGNMENT. BOND $50,000-S | | | |
| 07/02/2018 | JUDGE ASSIGNED CASE ROLLED TO RUEHLMAN/ROBERT/P PRIMARY | | | |
| 06/27/2018 | BOND $1,000 @10% | | | |
| 06/27/2018 | BOND TRANSFERRED FROM MUNICIPAL COURT. BOND POSTED ON 06/21/2018 | | | |
| 06/27/2018 | INDEX ADJUSTMENT: PARTY NAME CHANGED FROM WASHINGTON/OSCAR/LEE/JR() TO WASHINGTON/OSCAR /LEE(TOMB) | | | |



Recording Requested by,
And when recorded return to:

Oscar Lee Washington Jr
In c/o 1913 Wyoming Ave Apt 25
Non Domestic-without US
Cincinnati, Ohio Zip Code
Exempt [DMM 602 1.3e (2)]
Real Land North America

(Space above this line for recorder's use only)

# Affidavit of Sovereignty

Equality under the law is paramount, and mandatory by law.

Oscar Lee Washington Jr. Sui Juris, a titled sovereign, hereby declare that:

I am competent to manage all my affairs. All other entities are incompetent to manage any of my affairs and are hereby fired. I sovereign Hebrew Israelite Diplomat, Propria Persona, proceeding Sui Juris, (NOT PRO SE or PRO PER), common man, non-resident foreign alien American national republic (but not a citizen or so called sovereign citizen") under 8 U.S.C. §1101(a)(21) or 8 U.S.C. §1101(a)(22)(B) and that he is NOT a "U.S.** citizen" under 8 U.S.C. §1401, born in the North America Republic, domicile in the Kingdom of Heaven on earth, a non-Federal or Statutorily defined "person." In Rerum Natura, and Sui Generis, proceeding Sui Juris, domicile in the Kingdom of Heaven on Earth, the tribe Judah, of the twelve tribes of Israel (Yashar'al) of the Holy Bible, by special appearance, cannot be tried in their own court.

---

[1] The **First Amendment** (**Amendment I**) to the United States Constitution prohibits the making of any law respecting an establishment of religion, impeding the free exercise of religion, abridging the freedom of speech, infringing on the freedom of the press, interfering with the right to peaceably assemble, or prohibiting the petitioning for a governmental redress of grievances.

[2] **Psalm 89:11-13 (KJV)** "The heavens are thine, the earth also is thine: as for the world and the fullness thereof, thou hast founded them. The north and the south thou hast created them: Tabor and Hermon shall rejoice in thy name. Thou hast a mighty arm: strong is thy hand, and high is thy right hand.

[3] **Isaiah 45:12 (KJV)** "I have made the earth, and created man upon it: I, even my hands, have stretched out the heavens, and all their host have I commanded."

[4] **Deuteronomy 10:14 (KJV)** "Behold, the heaven and the heaven of heavens is the LORD's thy God, the earth also, with all that therein is."

[5] **Psalm 47:7 (KJV)** "For God is the King of all the earth: sing ye praises with understanding."

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

I am a Stateless, Constitutional; nonresident; alien; sovereign state national, pursuant to 8 U.S.C. §§1112; 8 U.S.C. 1408; 8 U.S.C. 1101(a) (21); 8 U.S.C. 7701(b) (1) (B); 26 U.S.C. 892; Newman-Green, Inc. v. Alfonzo-Larraine, 490 U.S. 826 (1989); U.S. Const. Art. III Section 2

Consistent with the eternal tradition of natural common law, unless I have harmed or violated someone, or their property, I have committed no crime; and am therefore not subject to any penalty. "NOTICE" You lack standing and have NO cause of action against me.

Thus, be it known to all, in the nature of Uniform Commercial Code (UCC) 1-308 formally, UCC 1-207, and UCC 1-103.6, that I reserve my natural common law right not to be compelled to perform under any contract that I did not enter into knowingly, voluntarily, and intentionally.

And furthermore, I do not accept the liability associated with the compelled and pretended "benefit" of any hidden or unrevealed contract or commercial agreement.

As such, the hidden or unrevealed contracts that supposedly create obligations to perform, for persons of subject status, are inapplicable to me, and are null and void. If I have participated in any of the supposed "benefits" associated with these hidden contracts, I have done so under duress, for lack of any other practical alternative.

Any such participation does not constitute "acceptance" in contract law, because of the absence of full disclosure of any valid "offer," and voluntary consent without misrepresentation or coercion, under contract law. Without a valid voluntary offer and acceptance, knowingly entered into by both parties, there is no "meeting of the minds," and therefore no valid contract. Any supposed "contract" is therefore void, ab initio.

Typical examples of such compelled and pretended "benefits"* are:

1. Birth Certificate.

    The fact that a birth certificate was granted to me by a local hospital or government agency when I entered this world, is irrelevant to my Sovereignty. No status, high or low, can be assigned to another person through a piece of paper, without the recipient's full knowledge and consent. Therefore, such a piece of paper provides only hearsay date and place information only. It indicates nothing about jurisdiction, nothing about property ownership, nothing about rights, and nothing about subject status. The only documents that can have any legal meaning, as it concerns my status in society, are those which I have signed as an adult, with full knowledge and consent, free from misrepresentation or coercion of any kind.

2. The use of an identification number from a government agency.

    The number normally assigned to persons of subject status, I use exceptionally, under duress, only because of the extreme inconvenience of operating without one in today's marketplace, where it is requested by banks, employers, lenders, and many other government agencies and businesses. My reason for using it is not because I wish to

participate in the system, as I don't wish to participate. Let it be known that I use the number assigned to me for information only, if at all.

3. The use of fiat currency to discharge my debts.

I have used these only because in this country, there is no other widely recognized currency.

4. The use of a bank account, with my signature(s) on the bank signature card.

If there is any hidden contract behind the bank signature card, my signature thereon gives no validity to it. The signature is only for verification of identity. I can be obligated to fulfill no hidden or unrevealed contract whatsoever, due to the absence of full disclosure and voluntary consent.

Likewise, my use of the bank account thereof is due to the absence of a bank not associated with the central bank system. In general, people have been prevented from issuing their own currencies, and such prevention is in violation of the national constitution. Were there an alternative, I would be happy to use it. To not use any bank at all is impossible or very difficult, as everyone knows, in today's marketplace.

5. Past filing of tax returns.

Because such "tax returns" were "filed" under threat, duress, and coercion, and no two-way contract was ever signed with full disclosure, there is nothing in any past "filing" of "tax returns" or payments that created any valid contract. Therefore, no obligation on my part was ever created.

6. The use of a driver's license.

As a free Sovereign, there is no legal requirement for me to have such a license, for travelling in my "**private, non-commercial and not for hire**" automobile, as technically, the unrevealed legal purpose of driver's licenses is commercial in nature. Since I don't carry passengers or freight for hire, there is no law requiring me to have a license to travel for my own pleasure and that of my family and friends. However, because of the lack of education of police officers on this matter, should I be stopped for any reason and found to be without a license, it is likely I would be harassed. Therefore under duress, I may or may not carry a "license" to avoid extreme inconvenience.

7. State plates on my automobile.

Similarly, even though technically, my automobile does not fit the legal definition of a "motor vehicle", which is used for commercial purposes, nevertheless, I have or may not have registered it with the state and may or may not carry the state plates.

8. Declaration of citizenship.

**NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT**

Any document I may have ever signed, in which I answered "yes" to the question, "Are you a United States citizen?" -- cannot be used to compromise my status as a sovereign state national republic, nor obligate me to perform in any manner. This is because without full written disclosure of the definition and consequences of such supposed "citizenship," provided in a document bearing my/our signature(s) given freely without misrepresentation or coercion, there can be no legally binding contract. I/we make no allegiance to any earthly government. I am neutral to all.

9. Past voter registration.

Similarly, since no obligation to perform in any manner was ever revealed in print, as part of the requirements for the supposed "privilege" to vote for government officials, any such previous registration on my part cannot be legal evidence of any obligation to perform. Likewise, I have granted NO jurisdiction over me, to any political office. It is my inherent right to vote on elections or issues that I feel affect all of society; NOT because I need anyone to rule over me. On the contrary – I have used the voting process only to instruct my public servants what a Citizen and sovereign state national republic would like done.

10. Marriage license.

The acquisition of a marriage license is now being revealed as being necessary only for slaves. The act of a sovereign state national republic such as me obtaining such a license, through social custom and ignorance of law, has no legal effect in changing my status. This is because any such change in status, if any may be supposed to occur, could happen only through a hidden and unrevealed contract or statute. Since no hidden, unrevealed, and undisclosed information, if it exists, can be lawfully held to binding, it is null and void.

11. Children in public school.

The attendance of my children in government-supported "public" schools or government-controlled "private" schools does not create any legal tax obligation for me, or any other legal obligation, because I never signed a contract agreeing to such obligation for the supposed "privilege" of public school attendance. If any of my children have attended government supported "public" or controlled "private" schools, such was done under duress and not out of free will. Be it known that I regard "compulsory state education" as a violation of the natural and universal common law of freedom of choice.

12. Use of semantics.

There are some immature people with mental imbalances, such as the craving to dominate over other people, who masquerade as "government." Just because they alter definitions of words in the law books to their supposed advantage, doesn't mean we have to accept those definitions. The fact that they define the words "person," "address," "mail," "resident," "motor vehicle," "driving," "passenger," "employee," "income," and

many others, in ways different from the common usage, so as to be associated with a subject or slave status, means nothing in real life.

Because the courts have become entangled in the game of semantics, be it known to all courts and all parties, that if I ever signed any document or spoke any words on record, using words defined by twists in the law books different from the common usage, there can be no effect whatsoever on my/our Sovereign status in society thereby, nor can there be created any obligation to perform in any manner, by the mere use of such words. Where the meaning in the common dictionary differs from the meaning in the law dictionary, it is the meaning in the common dictionary that prevails, because it is more trustworthy.

*Such compelled and supposed "benefits"* include, but are not limited to, the aforementioned typical examples. My use of such alleged "benefits"* is under duress only, and is with full reservation of all my common law rights. I have waived none of my intrinsic rights and freedoms by my use thereof. Furthermore, my use of such compelled "benefits" may be temporary, until better alternatives become available, practical, and widely recognized.

## FEDERAL JURISDICTION

It is further relevant to this affidavit that any violation of my Rights, Freedom, or Property by the federal government, or any agent thereof, would be an illegal and unlawful excess, clearly outside the limited boundaries of federal jurisdiction. My understanding is that the jurisdiction of the U.S. federal government is defined by Article 1, Section 8, and Clause 17 of the U.S. Constitution, quoted as follows:

"The Congress shall have the power . . . To exercise exclusive legislation in all cases whatsoever, over such a district (NOT EXCEEDING TEN MILES SQUARE) as may, by cession of particular states and the acceptance of Congress, become the seat of Government of the United States, [District of Columbia] and to exercise like authority over all places purchased by the consent of the legislature of the state in which the same shall be, for the Erection of Forts, Magazines, Arsenals, dock yards and other needful Buildings; And -- To make all laws which shall be necessary and proper for carrying into Execution the foregoing Powers . . ."

And Article IV, Section 3, Clause 2:

"The Congress shall have the Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States; and nothing in this Constitution shall be so construed as to Prejudice any claims of the United States, or of any particular State."

The definition of the "United States" being used here, then, is limited to its **territories**:

1. The District of Columbia
2. Commonwealth of Puerto Rico
3. U.S. Virgin Islands

4. Guam
5. American Samoa
6. Northern Mariana Islands
7. Trust Territory of the Pacific Islands
8. Military bases within the 50 states
9. Federal agencies within the 50 states
    (Including U.S. Post Offices)

It does not include the 50 states themselves, as is confirmed by the following cites:

> "We have in our political system a Government of the United States and a government of
> the several States. Each one of these governments is distinct from the others, and each
> has citizens of its own who owe it allegiance, and whose rights, within its jurisdiction, it
> must protect. The same person may be at the same time a citizen of the United States and
> a Citizen of a State, but his rights of citizenship under one of these governments will be
> different from those he has under the other." -- Slaughter House Cases United States vs.
> Cruikshank, 92 U.S. 542 (1875) "THE UNITED STATES GOVERNMENT IS A
> FOREIGN CORPORATION WITH RESPECT TO A STATE." Volume 20: Corpus Juris
> Sec. Section 1785: NY re: Merriam 36 N.E. 505 1441S.Ct.1973, 41 L.Ed.287.

This is further confirmed by the following quote from the Internal Revenue Service:

> Federal jurisdiction "includes the District of Columbia, the Commonwealth of Puerto
> Rico, the Virgin Islands, Guam, and American Samoa." -- Internal Revenue Code Section
> 312(e)

In legal terminology, the word "includes" means "is limited to"

When referring to this "District" United States, the Internal Revenue Code uses the term
**"WITHIN"** the United States. When referring to the 50 States, the Internal Revenue Code uses
the term **"WITHOUT"** the United States.

Dozens, perhaps hundreds, of court cases prove that federal jurisdiction is limited to the few
federal territory areas above indicated. For example, in two Supreme Court cases, it was decided:

> "The laws of Congress in respect to those matters do not extend into the territorial limits
> of the states, but have force only in the District of Columbia, and other places that are
> within the exclusive jurisdiction of the national government." -- Caha v. United States,
> 152 U.S., at 215

> "We think a proper examination of this subject will show that the United States never
> held any municipal sovereignty, jurisdiction, or right of soil in and to the territory, of
> which Alabama or any of the new States were formed." -- 44 U.S., at 221

> "[B]ecause, the United States have no constitutional capacity to exercise municipal
> jurisdiction, sovereignty, or eminent domain, within the limits of a State or elsewhere,
> except in the cases in which it is expressly granted." -- 44 U.S., at 223

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL NOTICE IS NOTICE TO THE AGENT

"Alabama is therefore entitled to the sovereignty and jurisdiction over all the territory within her limits, subject to the common law." -- 44 U.S., at 228, 229; Pollard v. Hagan, 44 U.S. 221, 223, 228, 229

Likewise, Title 18 of the United States Code at section 7 specifies that the "territorial jurisdiction" of the United States extends only **outside** the boundaries of lands belonging to any of the 50 States.

**Therefore**, in addition to the fact that no unrevealed federal contract can obligate me to perform in any manner without my fully informed and uncoerced consent, likewise, no federal laws apply to me or have any jurisdiction over me. I hereby affirm that I do not reside or work in any federal territory of the District "United States" and that therefore no U.S. federal government laws have any authority over me.

My use of the United States Postal Service to receive mail is under Threat, Duress and Coercion per Federal Law which asserts that this service must be used rather than private commercial delivery services, and the receipt of mail addressed with two letter capitalized federal zone abbreviations (e.g. "HI") or numeric federal zone designations (Zip Codes, e.g. "96746") does not place me/us in any federal zone nor federal jurisdiction, for despite repeated pleas to those who send mail to me/us, they have been brainwashed in compulsory state brainwashing centers ("Public Schools") and insist on cannonicalizing the format of my mailing location into a federal zone format, and in fact this process has been embodied in most computer software making it impossible to receive necessary communications at my mailing location rather than at a federal zone "address". This is further enforced under Threat, Duress and Coercion in that the local Postal Office refuses to deliver to "General Delivery" for longer than 30 days.

Thus, be it known to all, in the nature of UCC 1-207, that I reserve my natural common law right not to be compelled to perform under any contract of adhesion that I did not enter into knowingly, voluntarily, and intentionally. And furthermore, I do not accept the liability associated with the compelled, fraudulent and pretended "benefit"* of any hidden or unrevealed contract or commercial agreement, and specifically I refuse to be included in any federal zone.

As such, the hidden or unrevealed contracts that supposedly create obligations to perform, for persons of subject status, are inapplicable to me, and are null and void. If I have participated in any the supposed "benefits"* associated with these hidden contracts, I have done so under duress, for lack of any other practical alternative.

## REVOCATION OF POWER OF ATTORNEY

Furthermore, I hereby revoke, rescind, and make void ab initio, all powers of attorney, in fact or otherwise, implied in law or otherwise, signed by me or anyone else, as it pertains to the government identification number previously assigned to me, as it pertains to my birth certificate, or any other licenses or certificates issued by any and all government or quasi-governmental entities, due to the use of various elements of fraud by said agencies to attempt to deprive me of my sovereignty or property.

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

I hereby waive, cancel, repudiate, and refuse to knowingly accept any alleged "benefit"* or gratuity associated with any of the aforementioned licenses, numbers, or certificates. I do hereby revoke and rescind all powers of attorney, in fact or otherwise, signed by me or otherwise, implied in law or otherwise, with or without my consent or knowledge, as it pertains to any and all property, real or private, corporeal or incorporeal, obtained in the past, present, or future. I am the sole legal owner and possess allodial title to any and all such property, including but not limited to my physical human body and those of my children.

I affirm that all the foregoing is true and correct. I affirm that I am of lawful age and am competent to make this Affidavit. I hereby affix my own signature to all the affirmations in this entire document with explicit reservation of all my unalienable rights and my specific common law right not to be bound by any contract or obligation which I have not entered into knowingly, willingly, voluntarily, and without misrepresentation, duress, or coercion.

THE USE OF THE NOTARY BELOW IS FOR IDENTIFICATION, AND SUCH USE DOES NOT GRANT ANY JURISDICTION TO ANYONE. FURTHER AFFIANT SAITH NAUGHT.

Subscribed and sworn, without prejudice, as said in the Uniform Commercial Code 1-308,

Formally 1-207, and UCC 1-103.6, Oscar Lee Washington Jr, Principal, by Special Appearance, in Propria Persona, proceeding Sui Juris.

My hand and Mark as Subscriber

Date ___7 / 3 / 2018_____

Common Law Seal of a living man Oscar Lee Washington Jr

I certify under penalty of perjury form without the "United States" in accordance with 28 U.S.C. § 1746(1) that the information provided on this form is true, correct, and complete

Signing by Accommodation for ___Oscar Lee Washington_____

Common Law Seal of a living man Oscar Lee Washington Jr

**Employee or agent of God's government on earth. Abandoned all aid and protection of man-made statutory national laws and became a "Stateless person(s)" relative only to the national government pursuant to U.S. Const. Art. III Section 2. Phil. 3:20, Psalm 119:19 Psalm 68:8-9.**

## NOTARY PUBLIC CERTIFICATION

BEFORE ME, the under signed authority, a Notary Public, of the County <u>Hamilton</u>,

Republic of **Ohio republic**, this Ꝫrd day of July, 2018, the above signed

common man and common woman did appear and was identified by (circle one): driver's license/passport/other and who, upon first being duly sworn and/or affirmed, deposed and says that the foregoing asseveration is true to the best of his/her knowledge and belief

I certify under PENALTY OF PERJURY under the laws of the State of **Ohio republic** that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Signed _____

Printed Name: _S (Ashleigh Williams)__

Date 07 - 3 - 2018

My Commission Expires 03 11 2023

ASHLEIGH WILLIAMS
Notary Public, State of Ohio
My Commission Expires 03-11-2023



| Date: | 7/20/2009 | | | | | **Kaplan University, Online** | | | | Page 1 of 2 |
| | | | | | | 550 West Van Buren | | | | |
| | | | | | | Chicago, IL 60607 | | | | |
| | | | | | | http://www.kaplan.edu | | | | |

| Student: Oscar Washington | | | | Student ID: 4930452 | | DOB: 17/Jan | Original Start Date: 8/23/2006 | | | Student GPA: 3.59 |

| Course Code | Course Description | Credits Attempted | Credits Earned | Grade | Quality Points | Course Code | Course Description | Credits Attempted | Credits Earned | Grade | Quality Points |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Program: VIII. Advanced Start Bachelor of Science in Paralegal Studies | | | | | | | | | | | |
| Enrollment #: WA06084224 | | | Status: Graduate | | | Term: 0701A | 0702A April Term 2007 | | 4/16/2007 | | 5/26/2007 |
| Start Date: 8/23/2006 | | | Grad Date: 8/2/2009 | | | | | | | | |
| | | | | | | CM220 | Effective Writing II | 5.00 | 5.00 A- | | 18.50 |
| Term: TC | TRANSFER CREDIT | | | | | PA112 | Civil Litigation II | 5.00 | 5.00 A | | 20.00 |
| Transferred from Southwestern College - 2625 East Cactus Road, Phoenix AZ 85032-7097 | | | | | | | | 10.00 | 10.00 | | 38.50 |
| ASSOCIATE: Prior Associate's Degree | | 0.00 | 90.00 TC | | 0.00 | Term GPA: 3.85 | Cum GPA: 3.84 | | | | |
| | | 0.00 | 90.00 | | 0.00 | | | | | | |
| Term GPA: 0.00 | Cum GPA: 0.00 | | | | | Term: 0703A | 0703A July Term 2007 | | 7/5/2007 | | 9/11/2007 |
| | | | | | | PA310 | Tort Law | 6.00 | 0.00 R | | 0.00 |
| Term: 0604A | August Term 2006 | | 8/23/2006 | | 10/31/2006 | PA323 | Evidence | 6.00 | 0.00 R | | 0.00 |
| PA101 | Introduction to Paralegal Studies | 5.00 | 5.00 A- | | 18.50 | | | 12.00 | 0.00 | | 0.00 |
| PA130 | Contracts | 5.00 | 5.00 A | | 20.00 | Term GPA: 0.00 | Cum GPA: 3.84 | | | | |
| | | 10.00 | 10.00 | | 38.50 | | | | | | |
| Term GPA: 3.85 | Cum GPA: 3.85 | | | | | Term: 0704A | 0704A September Term 2007 | | 9/18/2007 | | 11/27/2007 |
| | | | | | | PA310 | Tort Law | 6.00 | 6.00 B | | 18.00 |
| Term: 0605A | November 2006 | | 11/8/2006 | | 1/23/2007 | PA323 | Evidence | 6.00 | 6.00 B+ | | 19.80 |
| PA201 | Legal Research | 5.00 | 5.00 A | | 20.00 | | | 12.00 | 12.00 | | 37.80 |
| PA257 | Legal Ethics | 5.00 | 5.00 B+ | | 16.50 | Term GPA: 3.15 | Cum GPA: 3.59 | | | | |
| | | 10.00 | 10.00 | | 36.50 | | | | | | |
| Term GPA: 3.65 | Cum GPA: 3.75 | | | | | Term: 0705A | 0705A December Term 2007 | | 12/5/2007 | | 2/19/2008 |
| | | | | | | PA360 | Constitutional Law Theory | 6.00 | 6.00 A- | | 22.20 |
| Term: 0701A | 0701A Late January Term 2007 | | 1/31/2007 | | 4/10/2007 | PA401 | Advanced Legal Writing | 6.00 | 6.00 A | | 24.00 |
| CM310 | Communication and Conflict | 6.00 | 6.00 A | | 24.00 | | | 12.00 | 12.00 | | 46.20 |
| PA112 | Civil Litigation I | 5.00 | 5.00 A | | 20.00 | Term GPA: 3.85 | Cum GPA: 3.72 | | | | |
| | | 11.00 | 11.00 | | 44.00 | | | | | | |
| Term GPA: 4.00 | Cum GPA: 3.84 | | | | | | | | | | |

| ** Indicates Retaken Course | Not official unless signed by registrar | # Indicates Pass/Fail Course |
| R* Indicates Retaken Override | | + Indicates Associated Course |

**OFFICIAL TRANSCRIPT OF ACADEMIC RECORD**



Date:   7/20/2009

**Kaplan University, Online**

550 West Van Buren
Chicago, IL 60607
http://www.kaplan.edu

Page 2 of 2

Student: Oscar Washington    Student ID: 4930452    DOB: 17/Jan    Original Start Date: 6/23/2006    Student GPA: 3.59

| Course Code | Course Description | Credits Attempted | Credits Earned | Grade | Quality Points | | Course Code | Course Description | Credits Attempted | Credits Earned | Grade | Quality Points |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Term: 0801A | 0801A February 2008 Term | | 2/27/2008 | | 5/8/2008 | | LS306 | Law and Society | 6.00 | 6.00 | B+ | 19.80 |
| PA300 | Real Estate Law | 6.00 | 6.00 | B+ | 19.80 | | MM212 | College Algebra | 5.00 | 5.00 | A | 20.00 |
| SS360 | American Women | 6.00 | 6.00 | B | 18.00 | | | | 11.00 | 11.00 | | 39.80 |
| | | 12.00 | 12.00 | | 37.80 | | Term GPA: 3.62 | Cum GPA: 3.59 | | | | |
| Term GPA: 3.15 | Cum GPA: 3.63 | | | | | | Term: 0903A | 0903A March Term 2009 | | 3/25/2009 | | 6/2/2009 |
| Term: 0802A | 0802A May 2008 Term | | 5/14/2008 | | 7/22/2008 | | CS410 | Advanced Career Development Strategies | 2.00 | 2.00 | A | 8.00 |
| HU345 | Critical Thinking | 6.00 | 6.00 | A | 24.00 | | PA499 | Bachelors Capstone Project in Paralegal Studies | 4.00 | 4.00 | B+ | 13.20 |
| PA412 | Alternative Dispute Resolution | 6.00 | 6.00 | B | 18.00 | | | | 6.00 | 6.00 | | 21.20 |
| | | 12.00 | 12.00 | | 42.00 | | Term GPA: 3.53 | Cum GPA: 3.59 | | | | |
| Term GPA: 3.50 | Cum GPA: 3.61 | | | | | | | | | | | |

Term: 0803A    0803A Late July 2008 Term    7/30/2008    10/7/2008

| PA301 | Administrative Law | 6.00 | 6.00 | B+ | 19.80 |
| PA342 | Insurance Law | 6.00 | 6.00 | B | 18.00 |
| | | 12.00 | 12.00 | | 37.80 |

Term GPA: 3.15    Cum GPA: 3.56

VIII  Advanced Start Bachelor of    GPA:  3.59    142.00    220.00
Science in Paralegal Studies

Term: 0804A    0804A October 2008 Term    10/15/2008    12/23/2008

Honors    Cum Laude

| PA305 | Law Office Management | 6.00 | 6.00 | A- | 22.20 |
| PA415 | Family Law and Divorce Mediation | 6.00 | 6.00 | A | 24.00 |
| | | 12.00 | 12.00 | | 46.20 |

Credentials awarded for VIII Advanced Start Bachelor of Science in Paralegal Studies
enrollment

| Credential | Date Awarded | Date Cleared |
|---|---|---|
| Bachelor of Science | 6/2/2009 | 6/12/2009 |

Term GPA: 3.85    Cum GPA: 3.59

*** End of Transcript ***

Term: 0901A    0901A January Term 2009    1/7/2009    3/17/2009

Authorized Signature    Date  JUL 2 1 2009

** Indicates Retaken Course
R* Indicates Retaken Override

Not official unless signed by registrar

# Indicates Pass/Fail Course
a Indicates Associated Course

OFFICIAL TRANSCRIPT OF ACADEMIC RECORD