# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| OSCAR L. WASHINGTON, JR.<br>Petitioner,<br><br>v.<br><br>JIM NEIL, Sheriff, et al.,<br>Respondent. | Case No. 1:18-cv-589<br><br>Barrett, J.<br>Litkovitz, M.J.<br><br>**REPORT AND RECOMMENDATION** |

This matter is before the Court on the Engagement to Intervene of the Secured Party (Doc. 6), Judicial Notice of Petitioner(s)- Plaintiff(s) Non-Consent and Non-Contract for Magistrate Judge's Authority, With Judicial Notice Application for a Three-Panel Judge Pursuant to 20 U.S.C. 2284 Under Diversity and Federal Question Jurisdiction With Memorandum of Law (Doc. 7), and Emergency Ex Parte Engagement for Temporary Restraining Order and Preliminary Injunction filed by Achashverosh Adnah Ammiyhuwd (Doc. 10). For the reasons set forth in the Report and Recommendation of October 16, 2018 (Doc. 8), Achashverosh Adnah Ammiyhuwd has no standing to file these motions on petitioner's behalf. Therefore, the motions should be **DENIED**.

**IT IS SO RECOMMENDED.**

Date: 6/27/19

Karen L. Litkovitz
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

OSCAR L. WASHINGTON, JR.
Petitioner,

v.

JIM NEIL, Sheriff, et al.,
Respondent.

Case No. 1:18-cv-589

Barrett, J.
Litkovitz, M.J.

**NOTICE**

Pursuant to Fed. R. Civ. P. 72(b), **WITHIN 14 DAYS** after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations. This period may be extended further by the Court on timely motion for an extension. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendation is based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections **WITHIN 14 DAYS** after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).